# EXHIBIT B

# Memorandum of Agreement
## For Outpatient Ambulatory Health Services
## and
## Ryan White Case Management Services

This agreement is entered into between **OASIS Florida**, hereinafter referred to as **OASIS,** the Ryan White Part B Lead Agency and **AIDS Healthcare Foundation**, hereinafter referred to as **Provider.**

I.      <u>Goal of the agreement:</u> This agreement is entered into to provide outpatient ambulatory health services and Ryan White case management services to Area 1. clients that are eligible for Ryan White services. Outpatient Ambulatory Care clients must have a notice of eligibility from a Ryan White Case Manager. Dates of services must occur on or after the case manager signature date and before the indicated expiration date on the notice of eligibility.

II.      <u>The parties agree:</u>
     A.   <u>The provider agrees:</u> To provide primary outpatient medical care, and case management services to eligible Ryan White clients as outlined in Attachment 1, Attachment 1a.
     B.   <u>OASIS agrees:</u> To provide reimbursement for all invoiced services as outlined in Attachment 1 and Attachment 1a, not to exceed $115,000 for primary medical care, $5,000 for specialty care, and $120,000 for case management services.
     C.   <u>Both parties agree:</u>
        1. This agreement shall begin April 1, 2022, and shall end on March 31, 2023.
        2. This agreement may be terminated by either party without cause, with no less than thirty (30) calendar days' notice in writing to the other party.
        3. In the event funds to finance this agreement become unavailable, OASIS may terminate the agreement upon no less than twenty-four (24) hours notice in writing to the provider.
        4. Where applicable, both parties will comply with the Health Insurance Portability Accountability Act as well as all State of Florida regulations and confidentiality laws.

All terms and conditions included. Attachment 1 and Attachment 1a contain all the terms and conditions agreed upon by both parties. There are no provisions, terms, conditions, or obligations other than those contained herein, and this Attachment 1 and Attachment 1a will supersede all previous communications, representation, or agreements, either verbal or written between the parties.

Provider: AIDS Healthcare Foundation               OASIS Florida

Signature _____      Signature _____
Print Name   Michael Weinstein            Print Name   Kurt Goodman
Title   President                         Title   Executive Director
Date   6/01/2022                    Date   5/10/22

**ATTACHMENT I**

A.   Services to be provided

    1.   General Description

        a.   General Statement:  This contract is for the provision of Core Medical Services and Support Services to low-income clients with Human Immunodeficiency Virus (HIV) or Acquired Immunodeficiency Syndrome (AIDS).

        b.   Authority:  Section 381.003, Florida Statutes; and Chapter 64D-4, Florida Administrative Code.

    2.   Definition of Terms

        a.   AIDS: A condition in which progressive failure of the immune system allows life-threatening opportunistic infections and cancers to thrive.

        b.   AIDS Drug Assistance Program (ADAP): A statewide, federally funded prescription medication program for low-income persons with HIV.

        c.   AIDS Information Management System (AIMS): A web-based system that allows the Department's HIV/AIDS Patient Care Program to monitor and track expenditures monthly and annually from various funding sources.

        d.   Business Day: Monday through Friday, excluding state of Florida holidays, which are New Year's Day, Martin Luther King Jr. Day, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, Friday after Thanksgiving, and Christmas Day.

        e.   CAREWare: Software provided by the Department for managing and monitoring Patient Care Services.

        f.   Case Manager: The case manager works with individuals and clients to assess their needs, develop an individualized care plan, facilitate access to core medical and support services, and advocates, arrange, coordinate, monitor, and evaluates available services that meet clients' specific and complex needs.

        g.   CD4 Count: A test that measures the number of T-cells, a type of white blood cell, in blood.

        h.   Client ID Number: Provider's ID number for a client.

        i.   Client Level Data: Data that is specific to the services or characteristics of an individual client, used in CAREWare or similar software.

        j.   Client Report Viewer: An electronic portal that displays aggregate data collected in CAREWare for the Ryan White Service Report.

k.   Consortia: Entities with membership comprised of People Living with HIV/AIDS, health care providers, and others that act in an advisory capacity to the state of Florida (State) for the purpose of planning and prioritizing the use of Part B (and other patient care) funds.

l.   Consortia Meeting: A meeting hosted by the lead agency for consortia members and non-members, that include people living with and diagnosed with HIV, affected communities, providers, and others to participate and discuss Consortia business.

m.   Core Medical Services: As defined in Title 42 U.S.C. section 300ff-22(b)(3), includes services directly related to the care and treatment of persons living with HIV/AIDS.

n.   CQM Plan: A written document that outlines all components of the CQM program, including clear infrastructure and accountability, performance measurement strategies, goals and implementation processes, and ongoing assessments of the program.

o.   Eligibility Training: Training provided by the Department to instruct and guide employees and subcontractors that are responsible for determining a client's eligibility to receive Ryan White Services and Patient Care Services provided with State HIV/AIDS funding.

p.   Expenditure Data: Data that includes the amount of funds expended, number of services provided, and number of clients served.

q.   First Time This Year (FTTY): An unduplicated number of newly served Clients for each grant year, that is reported monthly.  Each Client is only counted once each grant year (April 1 through March 31).

r.   Gaps in Service: Issues such as lack of transportation, housing or other core or support services, the need for linkage to services and rapid access to care, that can arise during services that create barriers to adequate care.

s.   Grantee: The person or legal entity that is awarded a grant.

t.   Health Resources and Services Administration (HRSA): The primary federal agency tasked with improving health care for medically vulnerable populations.  HRSA provides grant funding for the Ryan White HIV/AIDS Program to coordinate with cities, states, and local community-based organizations to provide HIV care and treatment services.

u.   Housing Opportunities for Persons with AIDS (HOPWA): Federal program dedicated to the housing needs of people living with HIV.

v.   HIV: A virus that causes an infection of vital cells in the human immune system and over time, if left untreated, can lead to AIDS.

w.   HRSA's Electronic Handbooks (EHB): HRSA's Web-based grants interface that is used for all Health Center Program awards and designation management activities.

x.   Monitoring Tools: Forms designed for use in assessing performance and compliance with applicable standards, guidelines, regulations, and laws.

y.   New Client: A client that has not received Ryan White Services in Florida or is reengaging services after having been out of care for twelve or more months.

z.   Patient Care Services: A combination of Core Medical Services and Support Services.

aa.   Performance Measure Data: A set of data collected to analyze and evaluate patient care, health outcomes of an individual or population, patient satisfaction, and monitored for improvement or change of disparities in care through the Clinical Quality Management (CQM) Plan.

bb.   Program Income: Gross income earned by a non- Federal entity that is directly generated by a supported activity or earned as a result of the Federal award during the period of performance except as provided in 45 CFR § 75.307(f). Program Income includes but is not limited to income from fees for services performed, the use or rental of real or personal property acquired under Federal awards, the sale of commodities or items fabricated under a federal award, license fees and royalties on patents and copyrights, and principal and interest on loans made with Federal award funds.

cc.   Quarter: The quarters for this contract are April 1 through June 30 (first quarter), July 1 through September 30 (second quarter), October 1 through December 31 (third quarter), and January 1 through March 31 (fourth quarter).

dd.   Quarterly CQM Progress Report: A tool used by Provider to document and track relevant information as it relates to performance measures and achieving target goals.

ee.   RSR Validation Report: A report generated by CAREWare that lists missing RSR-related data and provides access to the list of Clients missing this data.

ff.   Ryan White HIV/AIDS Program Part B Manual: A publication for Ryan White HIV/AIDS Program Part B Program directors, staff, and others interested in the program.

gg.   Ryan White HIV/AIDS Program Part B: A federally funded program through HRSA that distributes funds to the Department to administer the HIV/AIDS program to provide direct services to persons living with

HIV/AIDS throughout the State who are uninsured and meet the federal poverty guidelines.

hh.    Ryan White Services: Services consist of Patient Care Services, Test and Treat Services (conduced at county health departments), coordinating eligibility and case management for persons living with HIV/AIDS, conducting CQM planning and implementation, and providing evaluation and administrative services funded by Ryan White HIV/AIDS Program Part B.

ii.    Ryan White Service Report (RSR): A report that compiles collected information generated by CAREWare on programs and clients served during the program year. All Ryan White grantees are required to report client level data to HRSA's HIV/AIDS Bureau through the RSR.

jj.    Support Services: As defined in Title 42 U.S.C. section 300ff-22(c), services not directly related to the care and treatment of persons living with HIV/AIDS but affect those persons' clinical status.

kk.    Viral Load: The quantity of viruses in a given volume, commonly expressed as viral particles or infectious particles per mL depending on the type of assay. A higher Viral Load often correlates with the severity of an active viral infection.

ll.    Vital Status: A Client's status at the end of the reporting period that shows if the client is active, referred, discharged, removed, incarcerated, relocated, or deceased.

mm.    Women, Infants, Children, and Youth (WICY): Women, infants, children, and youth living with HIV/AIDS who receive family-centered primary and specialty medical care and support services.

3.    <u>Clients to be served</u>: Low-income residents of the State of Florida who meet the eligibility requirements set forth in Chapter 64D-4, Florida Administrative Code (Eligible Clients).

B.    <u>Manner of Service Provision</u>

1.    <u>Scope of Work</u>: (AHF) AIDS Healthcare Foundation will be responsible for the delivery of core medical services and support services to eligible clients, as well as Case Management Services.

a.    <u>Task List</u>: Provider will perform the following tasks:

1)    Ensure all employees that are responsible for determining a client's eligibility to receive Ryan White Services completes Eligibility Training per Chapter 64D-4, Florida Administrative Code. Provide proof of completion of the training to the Lead Agency prior to determining a new Client's eligibility to receive Ryan White Services.

2) Verify each Client's eligibility to receive Ryan White Services per Chapter 64D-4, Florida Administrative Code. Maintain or update client eligibility status as required per Chapter 64D-4 and enter the client's eligibility status into CAREWare.

3) Ensure each Client is eligible to receive Ryan White Services prior to receiving services.

4) Provide Ryan White Services in the Service Area.

5) Provide case management services as defined in the Florida Ryan White Part B Patient Care Program Administrative Guidelines for each Eligible Client and maintain a minimum case load of 60 Eligible Clients per full-time equivalent (FTE) Case Manager. Ensure each Case Manager working less than full-time maintains a prorated case load based on a minimum of 60 Eligible Clients multiplied by the percentage of time allocated for case management responsibilities. The caseload of each Case Manager can include a combination of Eligible Clients receiving either Core Medical Services or Support Services. Document the case load in a monthly case management report identifying each case manager, the proportion of FTE for the case manager, and the number of clients assigned to the case manager. Submit a copy of the case management report to the Lead Agency with each invoice.

6) Enter the Client Level Data elements listed below into CAREWare for each Eligible Client that receives Patient Care Services each month.

   a) Notice of eligibility or recertification of eligibility;

   b) Client ID Number;

   c) Core Medical Services or Support Services that each Eligible Client is receiving;

   d) Full legal name;

   e) Date of birth;

   f) Gender;

   g) Sex at birth;

   h) Ethnicity;

   i) Race;

j)      Full address including city, state, zip code, and county;

k)      HIV status;

l)      HIV diagnosis date;

m)      AIDS diagnosis date (if applicable);

n)      HIV risk factors;

o)      Vital Status;

p)      For Eligible Clients who receive outpatient ambulatory health services, include the following:

(1)      Health coverage;

(2)      Housing status;

(3)      Federal poverty level and income;

(4)      CD4 counts with dates;

(5)      Viral Load counts with dates;

(6)      Prescribed antiretroviral therapy;

(7)      HIV risk reduction screening or counseling; and

(8)      Pregnancy status (if applicable).

7)      Conduct a CAREWare eligibility review for a minimum of three percent of Eligible Clients who received any services for the month being reported using the CAREWare Eligibility Review Tool (Attachment IX). Submit the CAREWare eligibility review to the Lead Agency in a secure, encrypted format provided by the Department with each invoice.

8)      Comply with the most recent version of the Florida Ryan White Part B Patient Administrative Guidelines, The Florida HIV/AIDS Patient Care Eligibility Procedures Manual and Case Management Operation Guidelines, Ryan White HIV/AIDS Program Services Report Instruction Manual and the Ryan White HIV/AIDS Program Part B Manual throughout the contract term. Complete and submit the Acknowledgement Form (Attachment VII) to the Contract Manager within 20 calendar days after execution of this contract.

9) Enter all services being provided to eligible clients using program income into CAREWare each month.

10) Create a schedule of planned local holidays observed during the contract term and submit it to the Lead Agency within 30 calendar days of execution of this contract.

11) Provider, its employees, subcontractors, and agents must comply with the requirements of the Department's Data Security and Confidentiality requirements (Attachment V) throughout the contract term.

c. Performance Measures: Deliverables must be met at the following minimum level of performance:

1) Deliverable B.1.b.1):

a) Each employee and subcontractor determining client eligibility must complete training as specified.

b) Client eligibility must be verified and entered into CAREWare as specified.

c) Ensure client eligibility prior to providing services (with the exception of Case Management Services) as specified.

d) Case management services must be provided as specified.

e) Minimum case load must be maintained as specified.

f) Case Management Report must be completed and submitted provided as specified.

g) A schedule of planned local holidays observed must be submitted as specified.

h) Comply with the Department's Data Security and Confidentiality requirements as specified.

2) Deliverable B.1.b.2):

a) Ryan White Services must be provided as specified.

b) Data elements must be entered into CAREWare.

c) CAREWare eligibility review must be conducted and the CAREWare Eligibility Review Tool (Attachment IX) must be submitted as specified.

d) The Acknowledgement Form (Attachment VII) must be completed as specified.

e) Patient Care Services provided using program income must be entered into CAREWare and a Service Detail Report must be generated and submitted as specified.

2. <u>Financial Consequences</u>: Failure of Provider to complete or submit a deliverable in the time and manner specified will result in a reduction in payment for that deliverable as follows:

a. Deliverable B.1.b.1):

1) Failure of any employee or subcontractor who is determining client eligibility to complete the trainings as specified will result in a $100.00 reduction in that month's invoice amount for each staff member fails to complete the trainings.

2) Failure to verify client eligibility and enter client information into CAREWare as specified will result in a $50.00 reduction in that month's invoice amount for each client whose eligibility is not verified.

3) Failure to ensure client's eligibility to receive Ryan White Services prior to providing any Ryan White Services (with the exception of Case Management Services) will result in a $100.00 reduction in that month's invoice for each ineligible client served.

4) Failure to provide case management services as specified will result in a $100.00 reduction in that month's invoice amount for each case manager failing to provide case management services.

5) Failure to maintain the minimum case load as specified will result in a $100.00 reduction in that month's invoice amount for each case manager that fails to maintain the minimum case load.

6) Failure to complete and submit the Case Management Report as specified will result in a $100.00 reduction in that month's invoice amount.

7) Failure to submit a schedule of planned local holidays observed as specified will result in a $100.00 reduction in that month's invoice amount.

8) Failure to comply with the Department's Data Security and Confidentiality requirements as specified will result in a $100.00 reduction in that month's invoice amount.

b. Deliverable B.1.b.2):

   1) Failure to Provide Ryan White Services as specified will result in a $100.00 reduction in that month's invoice amount.

   2) Failure to enter or upload data elements will result in a $50.00 reduction in that month's invoice amount for each client whose data is not entered or uploaded as specified.

   3) Failure to conduct and submit CAREWare eligibility review Tool as specified will result in a $100.00 reduction in that month's invoice amount for each day the CAREWare eligibility review is not conducted and reported.

   4) Failure to enter all program income for Patient Care Services into CAREWAre $50.00 reduction in that month's invoice amount for each client whose data is not entered or uploaded as specified.

3. Service Location and Times:

   a. Service Location: Services will be provided at: 4300 Bayou Blvd, Pensacola, Florida, 32503, and on the Mobile Medical Unit.

   b. Service Delivery Location: Services will be available to clients in: Escambia, Santa Rosa, Okaloosa, and Walton counties.

   c. Service Times: Services must be provided on Business Days, from 8:00 a.m. to 5:00 p.m. Central Time.

   d. Changes in location: Notify the Department in writing a minimum of 30 days prior to making changes in location of Providers administrative office.

4. Staffing Requirement:

   a. Staffing Level: Provider must maintain an adequate administrative and organizational structure sufficient to complete the deliverables under the contract.

   b. Professional Qualifications: Ensure Provider's staff members affiliated with this contract have the education, experience, and training necessary to successfully carry out their duties, including any professional licensure or certification, which may be required by law.

   c. Staffing Changes: Notify the Lead Agency in writing within 14 business days of any staffing changes and update the Budget Narrative with all staff changes that will affect Provider's ability to complete the deliverables under the contract.

C. Method of Payment:

1.   Payment: This is a cost reimbursement contract for Case Management and Fee for Service for Ambulatory Care. The Department will pay (AHF) AIDS Healthcare Foundation for satisfactory completion of deliverables a total amount not to exceed $120,000.00 for Case Managemant and $120,000.00 for Ambulatory Care for the contract term. Payments will be made as follows:

    a.   Cost Reimbursement, Deliverable B.1.b.1): The Lead Agency will reimburse (AHF) AIDS Healthcare Foundation upon completion of the deliverables and in accordance with the terms and conditions of the contract for a total dollar amount not to exceed $120,000.00 for Case Management.

    b.   Fee For Service – Ambulatory Care. Lead Agency will reimburse AHF based on the attached fee schedule up to $120,000.00 for Ambulatory Care.

2.   Unit of Service: A unit of service will consist of one month of completed deliverables, A month of deliverables will include all deliverables due in that month, including any quarterly or annual deliverables scheduled for delivery in a particular month.

3.   Invoice Requirements:

    a.   (AHF) AIDS Healthcare Foundation must submit a properly completed invoice, via the method determined by the Contract Manager, to the Lead Agency by the 8th of each month; or next business day if the date falls on a weekend or holiday. The final month's invoice must be submitted within 45 calendar days from the end of each contract year.

    b.   Each invoice must be submitted on (AHF) AIDS Healthcare Foundation's letterhead and provide the invoice date, deliverables completed for the invoice period, the amount of the invoice, beginning budget amount, the amount spent for the invoiced period, the amount spent year to date, the amount remaining in budget, a statement certifying the accuracy of the invoice, and the signature of an individual with the authority to bind Provider.

    c.   For Deliverable B.1.b.2): Provide the following documentation each month with the invoice and maintain on file:

        1)   Salaries: Source documentation of record time and effort including timesheets(s), a copy of the check(s), a payroll register (or similar document) with the FTE percentage, check numbers and the amount charged to the contract separate of fringe benefits.

        2)   Fringe benefits:

            a)   Electronic verification numbers for payroll taxes or Internal Revenue Service Form 941 and a copy of check.

a)      Electronic verification numbers for payroll taxes or Internal Revenue Service Form 941 and a copy of check.

b)      Invoice stamped VOID check with check number and date paid.

c)      Insurance must list employees covered.

d)      Covered amount of each employee and a copy of any retirement checks for each employee.

4.    <u>Financial Specifications</u>: This contract is funded through HRSA, 2 C.F.R. Part 200, Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, which is used to determine allowable and unallowable costs:

   a.    <u>Allowable Costs:</u>

     1)      2 CFR Part 200, Subpart F (formally the Office of Management and Budget Circular A-133), is used as a guideline to determine allowable costs.

     2)      The Ryan White HIV/AIDS Treatment Extension Act of 2009 Definitions for Eligible Services prepared by HRSA describes allowable Part B services, which is available online at: <u>16-02 Ryan White HIV/AIDS Program Services: Eligible Individuals and Allowable Uses of Funds</u>.

   b.    <u>Unallowable Costs:</u>

     1)      Funds cannot be used to purchase or improve land, or to purchase, construct or permanently improve any building or other facility. Funds cannot be used to pay a mortgage or rent for use of a building that Provider or its subcontractor owns.

     2)      No cash payments to service clients.

     3)      Funds cannot be used to develop materials designed to promote or encourage intravenous drug use or sexual activity, whether homosexual or heterosexual.

     4)      Funds cannot be used for the purchase of vehicles.

     5)      Funds cannot be used for non-targeted marketing promotions or advertising about HIV services that target the general public (poster campaigns for display on public transit, TV, or radio public

service announcements, etc.) or broad-scope awareness activities about HIV services that target the general public.

6) Funds cannot be used for outreach activities that have HIV prevention education as their exclusive purpose.

7) Funds cannot be used for influencing or attempting to influence members of Congress and other federal personnel.

8) Funds cannot be used for foreign travel.

9) Funds cannot be used to pay any costs associated with the creation, capitalization, or administration of a liability risk pool (other than those costs paid on behalf of individuals as part of premium contributions to existing liability risk pools), or to pay any amount expended by a state under Title XIX of the Social Security Act.

10) Funds cannot be used to support employment, vocational or employment-readiness services.

11) Funds cannot be used for direct maintenance expenses (tires, repairs, etc.) of a privately-owned vehicle or any other costs associated with a vehicle, such as lease or loan payments, insurance or license and registration fees.

12) Funds cannot be used for the following activities or to purchase these items:

   a) Clothing;

   b) Funeral, burial, cremation, or related expenses;

   c) Local or state personal property taxes (for residential property, private automobiles, or any other personal property against which taxes may be levied);

   d) Household appliances;

   e) Pet foods or other non-essential products;

   f) Recreational activities or payments for a client's gym membership;

   g) Purchase or improve land or to purchase, construct or permanently improve (other than minor remodeling) any building or other facility; and

        h)     Pre-exposure prophylaxis.

        13)    Funds cannot be used for No-Show fees - Fees charged by a Provider for any service when a client did not give prior notice for appointment cancellation. Funds are for payments for services rendered.

5.    Supporting Documentation:

    a.    Cost Reimbursement: Receipts and other applicable supporting documentation (such as invoices, cancelled checks, and payroll reports for direct charged staff) are required for all expenses incurred for which reimbursement is sought and must be readily available for the Department's review. Paid invoices or receipts must support payments made to subcontractors. Proper documentation is required for all expenses incurred for which reimbursement is sought.

    b.    Documentation for Travel: Provider must complete the Department's Authorization to Incur Travel Expense Form (Attachment X) and the Department's Voucher for Reimbursement of Travel Expenses (Attachment XI) and submit them with the corresponding monthly invoice.

D.    Special Provisions:

    1.    Contract Renewal: This contract may be renewed for a period that may not exceed three years beyond the initial contract or for the original term of the contract, whichever is longer, and is subject to the same terms and conditions set forth in the initial contract. Renewals must be in writing, made by mutual agreement, and will be contingent upon satisfactory fiscal and programmatic performance evaluations as determined by the Department and will be subject to the availability of funds.

    2.    Background Screening Requirement: Provider, subcontractors and employees who will be working directly with clients by either providing Core Medical Services or Support Services under this contract must complete Level 2 background screenings in accordance with section L.1., Background Screening Requirements, of the Department's Standard Contract. Provider will incur all costs associated with background screenings.

    3.    Drug Screening Requirement: Provider, subcontractors and employees who will be working directly with clients by either providing Core Medical Services or Support Services under this contract must complete drug screenings in accordance with section L.1., of the Department's Standard Contract. Provider will incur all costs associated with drug screenings.

    4.    Payment of Subcontracting: If Provider subcontracts under this contract, subcontractors must be paid within 30 days of receipt of complete invoices with

all necessary documentation for payment, this provision supplements the requirements of Section I.H.4. of the Standard Contract.

5.     Eligibility Determination: In the event of any disputes regarding the eligibility of a client, any determination made by the Department is final and binding to all parties.

6.     Cooperation with the Florida Senate and the Florida House of Representatives: Pursuant to section 287.058(7), Florida Statutes, Provider agrees to disclose any requested information, relevant to the performance of this Contract, to members or staff of the Florida Senate or the Florida House of Representatives, as requested.  Provider is strictly prohibited from enforcing any nondisclosure clauses that conflict with this requirement.

## END OF TEXT

## AIDS Healthcare Foundation
## Attachement 1A - Fee Schedule - FY 2022

| CPT Code | Description | Rate |
|---|---|---|
| **New Patient** | | |
| 99202 | Office o/p new sf 15-29 min | $109.58 |
| 99203 | Office o/p new low 30-44 min | $169.82 |
| 99204 | Office o/p new mod 45-59 min | $253.26 |
| 99205 | Office o/p new hi 60-74 min | $335.18 |
| **Established Patients** | | |
| 99211 | Off/op est may x req phy/qhp | $33.98 |
| 99212 | Office o/p est sf 10-19 min | $84.93 |
| 99213 | Office o/p est low 20-29 min | $136.35 |
| 99214 | Office o/p est mod 30-39 min | $191.96 |
| 99215 | Office o/p est hi 40-54 min | $272.13 |
| **Physicals** | | |
| G0402 | Initial preventive physical exam | $251.45 |
| G0438 | Annual wellness visit includes PPPS (new) | $251.45 |
| G0439 | Sunsequent Annual wellness visit includes PPPS (established) | $195.60 |
| **Virtual Check-In & E-Visits** | | |
| G2012 | Brief check-in by MD/QHP | $21.78 |
| G2010 | Remote image submit by PT | $17.90 |
| 99421 | Ol dig e/m SVC 5-10 min | $22.76 |
| 99422 | Ol dig e/m SVC 11-20 min | $44.54 |
| 99423 | Ol dig e/m SVC 21+ min | $72.57 |
| 99441 | Phone e/m phys/QHP 5-10 min | $83.45 |
| 99442 | Phone e/m phys/QHP 11-20 min | $135.60 |
| 99443 | Phone e/m phys/QHP 21-30 min | $191.96 |
| 98966 | HC pro phone call 5-10 min | $19.58 |
| 98967 | HC pro phone call 11-20 min | $36.23 |
| 98968 | HC pro phone call 21-30 min | $51.66 |
| 98970 | Qnhp ol dig assmt&mgmt 5-10 | $17.63 |
| 98971 | Qnhp ol dig assmt&mgmt 11-20 | $31.16 |
| 98972 | Qnhp ol dig assmt&mgmt 21+ | $48.54 |
| **Women's Health** | | |
| G0101 | Pap, pelvic and breast exam (well women exam) | $60.03 |
| Q0091 | Pap smear and pelvic exam | $64.11 |
| **Immunizations** | | |
| 90460 | Im admin 1st/only component | $26.97 |
| 90471 | Immunization admin | $26.97 |
| 90472 | Immunization admin each add | $20.51 |
| 90632 | Hepa vaccine adult im | $97.11 |
| 90636 | TWINRIX Vaccine | $174.00 |
| 90662 | Iiv no prsv increased ag im | $97.89 |
| 90670 | Pcv13 vaccine im | $362.07 |
| 90671 | Pcv15 vaccine im | $369.29 |
| 90672 | Laiv4 vaccine intranasal | $40.31 |
| 90674 | Cciiv4 vac no prsv 0.5 ml im | $44.91 |
| 90675 | Rabies vaccine im | $512.92 |
| 90677 | Pcv20 vaccine im (Prevnar) | $397.11 |
| 90682 | Riv4 vacc recombinant dna im | $97.89 |
| 90685 | Iiv4 vacc no prsv 0.25 ml im | $32.46 |
| 90686 | Iiv4 vacc no prsv 0.5 ml im | $30.79 |

| 90687 | Iiv4 vaccine splt 0.25 ml im | $14.93 |
|---|---|---|
| 90688 | Iiv4 vaccine splt 0.5 ml im | $29.86 |
| 90694 | Vacc AIIV4 no prsrv 0.5ML IM | $99.64 |
| 90714 | Td vacc no presv 7 yrs+ im | $41.55 |
| 90715 | Tdap vaccine 7 yrs/> im | $54.24 |
| 90732 | Ppsv23 vacc 2 yrs+ subq/im (Pneumovax) | $200.21 |
| 90734 | Meningococcal Vac. (MenACWY-D Menactra) | $190.43 |
| 90739 | Hepb vacc 2 dose adult im | $216.32 |
| 90740 | Hepb vacc 3 dose immunsup im | $211.13 |
| 90744 | Hepb vacc 3 dose ped/adol im | $43.14 |
| 90746 | Hepb vaccine 3 dose adult im | $105.57 |
| 90747 | Hepb vacc 4 dose immunsup im | $211.13 |
| 90756 | Cciiv4 vacc abx free im | $42.56 |

## Labs Fee Schedule

| | | |
|---|---|---|
| 80053 | COMPREHENSIVE METABOLIC PANEL | $ 5.00 |
| 80061 | LIPID PANEL | $ 2.75 |
| 81001 | URINALYSIS AUTO W/SCOPE | $ 2.32 |
| 81003 | URINALYSIS AUTO W/O SCOPE | $ 1.64 |
| 81025 | URINE PREGNANCY TEST | $ 4.03 |
| 84402 | ASSAY OF FREE TESTOSTERONE | $ 18.59 |
| 84003 | ASSAY OF TOTAL TESTOSTERONE | $ 18.55 |
| 84443 | ASSAY OF THYROID STIM HORMONE | $ 7.00 |
| 84479 | ASSAY OF THYROID (T3 OR T4) | $ 3.50 |
| 85025 | COMPLETE CBC W/ AUTO DIFF WBC | $ 1.97 |
| 86359 | T CELLS TOTAL COUNT | $ 27.54 |
| 86360 | T CELLS ABSOLUTE COUNT/RATIO | $ 34.30 |
| 86361 | T CELLS ABSOLUTE COUNT | $ 17.00 |
| 86480 | TB TEST CELL IMMUN MEAURE | $ 27.00 |
| 86592 | SYPHILIS TEST NON-TREP QUAL | $ 2.16 |
| 86644 | CMV ANTIBODY | $ 10.51 |
| 86701 | HIV-1 ANTIBODY | $ 7.55 |
| 86701 | HIV-2 ANTIBODY | $ 9.87 |
| 86704 | HEPB CORE ANTIBODY TOTAL | $ 6.00 |
| 86705 | HEP B CORE ANTIBODY IGM | $ 8.59 |
| 86706 | HEP B SURFACE ANTIBODY | $ 6.00 |
| 86708 | HEP A ANTIBODY | $ 6.00 |
| 86709 | HEP A ANTIBODY IGM | $ 6.00 |
| 86777 | TOXOPLASMA ANTIBODY | $ 10.51 |
| 86803 | HEP CAB TEST | $ 6.00 |
| 87088 | URINE BACTERIA CULTURE | $ 5.91 |
| 97340 | HEP B SURFACE AG IA | $ 7.54 |
| 87350 | HEP B EAG IA | $ 8.42 |
| 87389 | HIV-1 AF W/HIV-1 & HIV-2 AB | $ 16.80 |
| 87491 | CHYLMD TRACH DNA AMP PROBE | $ 15.00 |
| 87517 | HEP B DNA QUANT | $ 31.27 |
| 87522 | HEP C REVRS TRNSCRP | $ 31.27 |
| 87536 | HIV-1 QUANT & REVRSE TRNSCRP | $ 60.00 |
| 87591 | N. GONORRHEA DNA AMP PROB | $ 15.00 |
| 97900 | PHENOTYPE INFECT AGENT DRUG | $ 50.00 |
| 87901 | GENOTYPE DAN HIV REVERSE T | $200.00 |
| 87906 | GENOTYPE DNA/RNA HIV | $ 90.57 |
| G0457 | HIV ANTIGEN/ANTIBODY COMB ASSAY SCR | $ 16.80 |
| 36415 | ROUTINE VENIPUNCTURE | $ 1.60 |
| 80069 | RENAL FUNCTION PANEL | $ 9.65 |
| 80074 | ACUTE HEPATITIS PANEL | $ 34.77 |
| 80076 | HEPATIC FUNCTION PANEL | $ 5.97 |
| 82247 | BILIRUBIN TOTAL | $ 3.67 |
| 82274 | BILIRUBIN DIRECT | $ 3.67 |
| 82306 | VITAMIN D 25 HYDROXY | $ 21.67 |
| 82652 | VIT D 1 25-DIHYDROXY | $ 23.64 |
| 87902 | GENOTYPE DNA/RNA HEP C | $187.94 |

# AKNOWLEDGEMENT FORM

I acknowledge that the Department has provided me with the following guidelines and manuals as listed below and understand that it will be my responsibility to ensure that we are using the most updated version.

The Florida Ryan White Part B Patient Care Program Administrative Guidelines available at http://www.floridahealth.gov/diseases-and-conditions/aids/patient-care/_documents/administrative-guidelines/_documents/Administrative_Guidelines_2020-21_Final.pdf

The Florida HIV/AIDS Patient Care Eligibility Procedures Manual and attachments, available at http://www.floridahealth.gov/diseases-and-conditions/aids/patient-care/_documents/eligibility-information/eligibility-manual-6-28-16-c.pdf

The Florida HIV/AIDS Case Management Operating Guidelines and attachments, available at http://www.floridahealth.gov/diseases-and-conditions/aids/patient-care/_documents/case-management/_documents/Case_Management_Guidelines_Complete_FINAL_6-25-19.pdf

The Ryan White HIV/AIDS Program Services Report Instruction Manual, available at Ryan White HIV/AIDS Program Services Report (RSR) (targethiv.org)

The Ryan White HIV/AIDS Program Part B Manual, available at Ryan White HIV/AIDS Program: HABPartBManual50820132 (hrsa.gov)

Signature: _____    Date:_____

Title: _____

Contract Managers Signature: _____    Date: _____

# CAREWare ELIGIBLITY REVIEW TOOL

**Directions**: Place client ID# in left column, identify Y or N under each of the identifying headers indicating if the appropriate documentation has been scanned and saved in the correct place under attachments. Review the Forms Tab in CAREWare to ensure all forms are completed as appropriate. Comments are for anything missing, done incorrectly and other notations needed.

| Client ID# | New (N) or Existing (E) | Signed Application | Proof of HIV | Proof of Living in Florida | Proof of Income | Proof of 3rd Party Insurance | Patient Care Core Eligiblity Review Form (PCCER) - as applicable | Eligibility Staff Assessment Worksheet | Current Notice of Eligibility | All Required Forms Completed | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Completed by: _____ Authorized Signature: _____

Title: _____ Date: _____

DocuSign Envelope ID: 5057741A-7ABE-498D-ADB1-0418F059CCC9