# United States District Court
## CIVIL MINUTES - GENERAL

Date: June 21, 2023                                              Case No.: 4:23cv230-MW/MAF
Time: 11:04 a.m. – 11:33 a.m.

AIDS HEALTHCARE FOUNDATION INC v. OKALOOSA AIDS SUPPORT AND INFORMATIONAL SERVICES INC and FLORIDA DEPARTMENT OF HEALTH

DOCKET ENTRY: Telephonic Scheduling Conference. Defendant's Response to the Motion for Preliminary Injunction is due 7/3/2023; the Plaintiff's Reply is due 7/10/2023 by noon. For the Preliminary Injunction Hearing, the 2 declarants will appear via Zoom; counsel and the other witness will appear in person. If declarations are filed, they are due by 7/3/2023; if rebuttal declarations are filed, they are due by 7/10/2023. The Preliminary Injunction Hearing will be held 7/13/2023 at noon. The parties are to confer about the timing of witnesses' testimony. An order will follow.

PRESENT:   **MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE**

Kimberly Westphal                           Megan Hague
Deputy Clerk                                Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFF:
Scott Hiaasen (speaking)
Sergio Molina
Kendall Coffey

ATTORNEYS APPEARING FOR DEFENDANT OKALOOSA AIDS SUPPORT AND INFORMATIONAL SERVICES INC:
Daniel Harrell (speaking)

ATTORNEY APPEARING FOR DEFENDANT FLORIDA DEPARTMENT OF HEALTH:
Katelyn Boswell