UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AIDS HEALTHCARE
FUNDATION, INC.

    Plaintiff,

vs.                                   CASE NO.: 4:23cv230-MW/MAF

OKALOOSA AIDS SUPPORT
AND INFORMATIONAL SERVICES,
INC., a/k/a "OASIS"

    Defendant.
_____/

## MEDIATOR'S REPORT OF IMPASSE

THIS MATTER was mediated on the 31st day of January 2024, with all parties present and represented by counsel and all parties participating in good faith in the mediation process. The matter was not concluded by way of an agreement to settle, however, and the mediation was declared as an impasse with the consent and agreement of all parties.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above foregoing has been furnished via the Court's electronic e-filing portal to all counsel of record on this 5th day of February 2024.

                                                      */s/ D. Ross McCloy, Jr.*
                                                      D. ROSS McCLOY, JR., ESQ.
                                                      Certified Circuit Mediator
                                                      Certification No. 03006R
                                                      Florida Bar No. 262943
                                                      Post Office Drawer 1579
                                                      Panama City, FL 32402
                                                      (850) 769-3434
                                                      rmccloy@handfirm.com
                                                      bhalley@handfirm.com