UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO: 4:23-cv-00230-MW/MAF

AIDS HEALTHCARE FOUNDATION, INC.

    Plaintiff,

vs.

OKALOOSA AIDS SUPPORT AND
INFORMATIONAL SERVICES, INC.,
a/k/a "OASIS," and the FLORIDA
DEPARTMENT OF HEALTH,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING APPENDIX OF SUMMARY JUDGMENT EVIDENCE AND INDEX OF EXHIBITS**

Plaintiff AIDS Healthcare Foundation, Inc. ("AHF"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1 and the Court's Scheduling and Mediation Order [ECF No. 44], hereby gives notice of filing the attached Appendix of evidence in support of its Response to Defendant's Motion for Summary Judgment. Below is an index of the exhibits to be cited in Plaintiff's Response and its accompanying Statement of Material Facts:

1.    Attached as **Exhibit 1**, a true and correct copy of excerpts of the January 8, 2024, deposition transcript of Kurt Goodman.

2.    Attached as **Exhibit 2**, a true and correct copy of excerpts of Volume 1 of the January 26, 2024, deposition transcript of Donna Stidham.

3.    Attached as **Exhibit 3**, a true and correct copy of excerpts of Volume 2 of the January 26, 2024, deposition transcript of Donna Stidham.

1

4. Attached as **Exhibit 4**, a true and correct copy of excerpts of the March 26, 2024, deposition transcript of Susan Skinner.

5. Attached as **Exhibit 5**, a true and correct copy of excerpts of the February 15, 2024, deposition transcript of Max Wilson.

6. Attached as **Exhibit 6**, a true and correct copy of excerpts of the January 10, 2024, deposition transcript of Jeffery Gabbert.

7. Attached as **Exhibit 7**, a true and correct copy of a September 13, 2022, email from Jeffery Gabbert to Dawn Averill and others.

8. Attached as **Exhibit 8**, a true and correct copy of an October 26, 2022, letter to AHF regarding the 2022 Annual Program Monitoring – Eligibility and Case Management.

9. Attached as **Exhibit 9**, a true and correct copy of the 2022 Sublease Agreement between OASIS and CAN Community Health Inc.

10. Attached as **Exhibit 10**, a true and correct copy of a ledger of payments from CAN to OASIS.

11. Attached as **Exhibit 11**, a true and correct copy of a March 17, 2023, email from Maurice Moody to Susan Skinner and others.

12. Attached as **Exhibit 12**, a true and correct copy of an April 18, 2023, email from Kelsey Giglioli to Kurt Goodman.

13. Attached as **Exhibit 13**, a true and correct copy of a March 3, 2023, email from Maurice Moody to Jennifer Hill and string.

14. Attached as **Exhibit 14**, a true and correct copy of AHF's case manager payroll records.

15. Attached as **Exhibit 15**, a true and correct copy of an April 26, 2023, email from Russell Walker to Kurt Goodman.

16. Attached as **Exhibit 16**, a true and correct copy of a May 1, 2023, text message from Kurt Goodman to Susan Skinner.

17. Attached as **Exhibit 17**, a true and correct copy of a May 1, 2023, text message from Susan Skinner to Max Wilson.

18. Attached as **Exhibit 18**, a true and correct copy of a May 11, 2023, email from Jeffery Gabbert to Bocky Jett and Kurt Goodman.

19. Attached as **Exhibit 19**, a true and correct copy of a May 1, 2023, email from Maurice Moody to Jennifer Hill and Barbara Shoulders.

20. Attached as **Exhibit 20**, a true and correct copy of a May 2, 2023, email from Maurice Moody to Jeffrey King and Jennifer Hill.

21. Attached as **Exhibit 21**, a true and correct copy of a May 8, 2023, email from Jennifer Hill to Kurt Goodman and Dawn Averill.

22. Attached as **Exhibit 22**, a true and correct copy of the Memorandum of Agreement between OASIS and CAN Community Health Inc.

23. Attached as **Exhibit 23**, a true and correct copy of AHF's Ryan White Case Management Report for May 2023.

24. Attached as **Exhibit 24**, a true and correct copy of a July 19, 2023, email from Kurt Goodman to Max Wilson and others.

25. Attached as **Exhibit 25**, a true and correct copy of the Ryan White Case Management Reports for Ascension Sacred Heart.

26. Attached as **Exhibit 26**, a true and correct copy of the Ryan White Case Management Reports for CAN Community Health Inc.

27. Attached as **Exhibit 27**, a true and correct copy of the May 3, 2024, declaration of Dawn Averill.

Dated: May 3, 2024.

                                    Respectfully submitted,

By: _/s/ Scott Hiaasen_
      **Kendall B. Coffey, Esq.**
      Florida Bar No. 259861
      **Scott A. Hiaasen, Esq.**
      Florida Bar No. 103318
      **Sergio E. Molina, Esq.**
      Florida Bar No. 1031693
      kcoffey@coffeyburlington.com
      shiaasen@coffeyburlingotn.com
      smolina@coffeyburlington.com
      lperez@coffeyburlington.com
      bdiaz@coffeyburlington.com
      service@coffeyburlington.com
      **COFFEY BURLINGTON, P.L.**
      2601 South Bayshore Drive, Penthouse One
      Miami, Florida 33133
      Telephone: (305) 858-2900
      Facsimile: (305) 858-5261

      *Counsel for Plaintiff AIDS Healthcare Foundation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on May 3, 2024, on all counsel or parties of record on the Service List below.

                                                 */s/ Scott Hiaasen*
                                                  Scott Hiaasen

| SERVICE LIST<br>*AIDS Healthcare Foundation, Inc. v. OASIS, et al.*<br>Case No. 4:23-cv-00230-MW/MAF ||
|---|---|
| **Douglas Alan Bates, Esq.**<br>**Daniel E. Harrell, Esq.**<br>dbates@clarkpartington.com<br>dharrell@clarkpartington.com<br>ahallecy@clarkpartington.com<br>jknudsen@clarkpartington.com<br>ldunlap@clarkpartington.com<br>jdallman@cphlaw.com<br>pmimperial@clarkpartington.com<br>**CLARK PARTINGTON**<br>P.O. Box 13010<br>Pensacola, Florida 32591-3010<br>Telephone: (850) 434-9200<br>Facsimile:  (850) 432-7340<br><br>**Bailey Howard, Esq.**<br>bhoward@clarkpartington.com<br>**CLARK PARTINGTON**<br>215 S. Monroe Street, Suite 530<br>Tallahassee, Florida 32301<br>Telephone: (850) 320-6831<br>Facsimile:  (850) 597-7591<br><br>*Counsel for Defendant Okaloosa AIDS Support and Informational Services, Inc. a/k/a "OASIS"* | **Katelyn R. Boswell, Esq.**<br>**Alyssa T. Silva, Esq.**<br>katelyn.boswell@flhealth.gov<br>alyssa.silva@flhealth.gov<br>Chief Legal Counsel<br>Office of the General Counsel<br>**FLORIDA DEPARTMENT OF HEALTH**<br>4052 Bald Cypress Way, Bin A-02<br>Tallahassee, Florida 32399-1708<br>Telephone: (850) 245-4005<br>Facsimile:  (850) 245-4790<br><br>*Counsel for Defendant Florida Department of Health* |