```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF FLORIDA
 3                     TALLAHASSEE DIVISION
 4   AIDS HEALTHCARE,
 5   FOUNDATION, INC.,
 6           Plaintiff,     CASE NO.: 4:23-cv-230-MW/MAF
 7   vs.
 8   OKALOOSA AIDS SUPPORT AND
 9   INFORMATIONAL SERVICES, INC.,
10   a/k/a "OASIS," et al,
11           Defendants.
12   _____/
```

13               **VIDEOCONFERENCE DEPOSITION OF**

14                        **DONNA STIDHAM**

15                      **(Volume I of II)**

16             Taken on behalf of the Defendant

17   DATE TAKEN:          Friday, January 26, 2024

18   TIME:                1:17 p.m. to 3:03 p.m.

19   **(All parties, counsel, the witness being deposed, and**

20   **the court reporter all appeared remotely via Zoom.)**

21           Examination of the Witness reported by:

22       Christina M. Esposito, Florida Professional

23   Reporter, Notary Public, State of Florida at Large

24                   ANCHOR COURT REPORTING
                     229 South Baylen Street
25                   Pensacola, Florida 32502

1   says all case management staff.  That would be all
2   staff in Area One of Florida?
3        A.    Yes.
4        Q.    Let me ask you this:  Does AHF currently
5   have case managers working in Area One?
6        A.    Yes.
7        Q.    Who are they?
8        A.    Pam Burgess.  There are three -- there are
9   four, actually, and a supervisor.  I, off the top of my
10  head right now, don't recall their names.  I can get
11  them for you.
12       Q.    Okay.  And as we sit here today, AHF does
13  not have a contract with OASIS or the State of Florida
14  to provide Ryan White services in Area One.  Is that
15  correct?
16       A.    We do not have a contract with OASIS.
17       Q.    Okay.  Do you have a contract with the State
18  of Florida?
19       A.    For?
20       Q.    Ryan White services in Area One?
21       A.    Yes.
22       Q.    Okay.  When did you enter into that
23  contract?
24       A.    That is a HOPWA contract, which I'm not
25  quite sure when we entered it, but I believe a couple

1  of years ago.
2       Q.    Okay.  I appreciate that.  Does AHF
3  currently have a contract with the State of Florida to
4  provide Ryan White services in Area One?
5       A.    No.
6       Q.    And you mentioned you currently have four
7  case managers and a supervisor in Area One.  What do
8  those case managers currently do?
9       A.    They provide case management to our patients
10 in our Pensacola healthcare centers.
11      Q.    Okay.  So even though -- and are those for
12 Ryan White case management services?
13      A.    We have one Ryan White case manager part C,
14 and the three other case managers provide services to
15 all patients and a supervisor supervises all four.
16      Q.    Explain to me what part C. is.
17      A.    Part C. is a component of the Ryan White
18 Care Act.  There is a part A., part B., part C. and
19 part D.  We are contracted with HRSA Health Resources
20 Administration, Ryan White division, for part C. case
21 management services.
22      Q.    And what do those services encompass?
23      A.    The services encompass Ryan White part C.
24 case management services.
25      Q.    I guess what I'm asking is, what

1  differentiates someone from being part A., part B.,
2  part C., or part D.?
3       A.   Part C. is directly with the federal
4  government with HIV/ AIDS bureau.  Part A. is EMA,
5  emergency medical area, or a transitional geographic
6  area contract.
7            Part B. is a state level contract that the
8  State has with the HIV/ AIDS bureau, and then the State
9  contracts out to other entities.
10           Part D. is for special projects of national
11 significance for Ryan White.  And that is handled by
12 the HIV/ AIDS bureau directly.
13      Q.   Okay.  Understood.  And previously AHF
14 provided part B. services through its contractual
15 relationship with OASIS.  Correct?
16      A.   Correct.
17      Q.   And in that scenario, AHF acted as a
18 subcontractor to OASIS who had a contract with the
19 State of Florida.  Correct?
20      A.   Correct.
21      Q.   Were you involved in the contracting process
22 between AHF and OASIS for AHF to be a Ryan White part
23 B. case management subcontractor in Area One of
24 Florida?
25      A.   No.

1  run into a cap.  I had run into minimums but not a cap.
2        Q.    Do you have an opinion about whether a case
3  load cap is something that is useful for not?
4        A.    Yes.
5        Q.    Okay.  What is your opinion on that?
6        A.    My opinion is that the case load cap
7  interferes with providing comprehensive care management
8  to the patients; that the case load cap of 100 is one
9  that is rather arbitrary.  Case load minimums are very
10 common in all of our Ryan White contracts.  Case load
11 caps, however, are not.  There's always a minimum.  And
12 if you exceed the minimum, the grantees are usually
13 very happy.
14       Q.    So any case -- is it your opinion that any
15 case load cap would interfere with providing
16 comprehensive management for patients?
17       A.    No.  I did not say that.
18       Q.    Okay.  What is the number that you think as
19 a cap would not interfere with comprehensive management
20 of patients?
21       A.    Case management is very dynamic.  You can
22 have 30 patients and it be a lot.  You can have 200
23 patients and manage them effectively or 300 patients.
24 It depends on the acuity.  It depends on the patients.
25 And you assess the acuity and the time spent by the

1  case managers.  There is not a formula for case load
2  caps.  It is based on the activity and the acuity of a
3  case manager's roster.
4       Q.    Ms. Stidham, in coming to your opinion about
5  the 100 case load cap for Area One, what data about
6  acuity or other factors that go into your opinion --
7  what data did you rely on in determining that the 100
8  case load cap for Area One was arbitrary?
9       A.    The data that I came to is that I have been
10 doing case management and overseeing case management
11 for the last 29 years at AHF.
12            Specifically for the State of Florida, I
13 oversaw a state-wide case management, disease
14 management program for Medicaid, where we had a
15 staffing ratio of 1 to 150, and 1 to 200, and depending
16 on acuity with over 10,000 patients.
17            And, actually, we were the only program for
18 the State of Florida that showed improved outcomes and
19 decreased costs.
20            I'm in 15 states with case management, none
21 of which have a cap of 100.  And most of the case
22 managers have anywhere from 75 to 150 or 200 clients,
23 and we serve them all well.
24            It is 30 years of experience in case
25 management with thousands of patients and hundreds of

1    case managers that informs me about case load caps.
2         Q.   Okay.  My question is a little different,
3    Ms. Stidham, so I would like for you to answer the
4    question that I asked.
5              In developing the opinion about case load
6    caps in Area One of Florida, and that 100 cases as a
7    case load cap would be arbitrary, did you review any
8    specific data related to acuity in other case specific
9    issues for Area One?
10        A.   I reviewed the previous contract, which had
11   no cap.  I reviewed our previous contracts before
12   OASIS, which had no cap.  When we had patient loads
13   over 100, there were no adverse findings.  There were
14   no adverse findings by OASIS when there was no case
15   load cap of 100.
16        Q.   Okay.  Again, my question is a little bit
17   different, Ms. Stidham.  You talked about acuity being
18   something that is critical to determine whether the
19   number of cases someone can manage is low or high.
20   Correct?
21        A.   Yes.
22        Q.   Okay.  Did you review any data related to
23   the acuity of the cases managed in Area One under the
24   Ryan White part B. program?
25        A.   No.

1  Q. Okay. You reviewed the previous contracts.
2  Right?
3  A. Yes.
4  Q. Did you review anything else, any other
5  documents, in coming to your opinion about the case
6  load cap for Area One?
7  A. Yes.
8  Q. What other documents did you review?
9  A. The Ryan White part B. service guide, which
10 does not have case load caps in it. And that's for the
11 State of Florida.
12 Q. Okay. It doesn't have a prohibition of case
13 load caps, does it?
14 A. It is silent. It has a minimum case load.
15 It does not have a maximum.
16 Q. So the answer is no, it doesn't prohibit
17 case load caps, does it?
18 A. It is silent.
19 Q. Okay. Fair enough. Let me shift gears back
20 to -- well, let me ask you this: Did you speak -- in
21 coming to that conclusion, did you have any specific
22 conversations with the case managers that worked for
23 AHF in Area One?
24 A. Yes.
25 Q. Okay. Who did you talk to?