Susan Marie Skinner CORRECTED
March 06, 2024

```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
                 TALLAHASSEE DIVISION


AIDS HEALTHCARE FOUNDATION, INC.,


        Plaintiff,


vs.                         CASE NO.: 4:23-cv-00230-MW/MAF


OKALOOSA AIDS SUPPORT AND
INFORMATION SERVICES, INC.,
a/k/a "OASIS,"


        Defendant.
_____/


       VIDEOTAPED DEPOSITION OF SUSAN MARIE SKINNER
           APPEARING VIA ZOOM VIDEOCONFERENCE
              FROM VOLUSIA COUNTY, FLORIDA
                  (Pages 1 through 97)


                    March 6, 2024
                 2:03 p.m. - 4:24 p.m.









REPORTED BY:

Stephanie A. Walters
Stenographic Shorthand Reporter

APPEARING REMOTELY FROM HILLSBOROUGH COUNTY, FLORIDA
```

1    A    Most likely.

2    Q    And was this a conversation that was face to
3  face, or by phone, or by e-mail or...

4    A    Well, you know, I didn't -- probably by phone,
5  or even face to face.

6    Q    And so you and -- was this a conversation that
7  you initiated, correct?

8    A    Yes.

9    Q    And -- and so you asked Mr. Goodman if there
10 was a potential for CAN to -- to -- to gain case
11 management services as part of this contract, correct?

12   A    Yes.

13   Q    And what did Mr. Goodman say when you proposed
14 this to him?

15   A    Well, you know, they had plenty of case
16 managers, so, you know, it was, "We'll" -- "We'll" --
17 you know, kind of, "We'll see."

18   Q    When you say they had -- I'm sorry.  Complete
19 your answer.  I'm sorry.

20   A    Go ahead.

21   Q    Well, you had said, "They had plenty of case
22 managers."  When you say "they," who are you referring
23 to exactly?

24   A    OASIS.

25   Q    At the time you raised this with Mr. Goodman,

```
 1   were you aware that AHF was a contractor with OASIS?
 2        A    Yes.
 3        Q    And were you aware that AHF contracts included
 4   funding for case managers?
 5        A    Yes.
 6        Q    When you had this conversation with Mr. Goodman
 7   prior to March 28, 2023, did you specifically discuss
 8   the fact that there were contracts that OASIS had with
 9   AHF regarding case managers?
10        A    Yes, so there wouldn't be any funding available
11   for us.
12        Q    Is that what Mr. Goodman told you?
13        A    Yes.
14        Q    So it sounds like -- so is -- did he tell you,
15   in that conversation, that they could not include you --
16   include case management in your contract?
17        A    Yes.
18        Q    When did you first learn that OASIS was
19   considering terminating its Ryan White contract with
20   AHF?
21        A    I don't remember an exact date.
22        Q    Well, was it --
23        A    Probably -- I don't remember an exact date.
24   Not too -- I mean, not long before it happened.  Are you
25   looking for, like, a specific time frame, you know?
```

Susan Marie Skinner CORRECTED
March 06, 2024

```
 1      Q    Yeah, so maybe I'll try and narrow it down.
 2           You mentioned these conversations with
 3   Mr. Goodman sometime in March 2023 regarding your
 4   request for case managements --
 5      A    Right.
 6      Q    -- to be part of the CAN contract?
 7      A    Right.
 8      Q    Was it after that time or before that time that
 9   you learned that Mr. Goodman was considering terminating
10   the contract with AHF?
11      A    Right.  So I knew in March that he -- yes.
12   Okay.  I knew in March that he was considering --
13   right -- canceling their contract.
14      Q    And how did you know that?
15      A    Right?  Is it March?  I don't want to get my
16   dates confused.  I don't want to confuse March and May.
17      Q    Well, maybe, how did you first learn that OASIS
18   was considering terminating AHF's contract?
19      A    How did I learn?
20      Q    Yes.
21      A    Kurt had said that he was considering it.
22      Q    Was that in a phone conversation or a
23   face-to-face meeting?
24      A    Probably, phone.
25      Q    And I don't keep asking kind of similar
```

```
 1  questions, but do you recall when that phone
 2  conversation was?
 3      A    No.
 4      Q    But at the time of that phone conversation, the
 5  contract with AHF had not yet been terminated; is that
 6  your understanding?
 7      A    Right, right.
 8      Q    What -- did Mr. Goodman, in that phone
 9  conversation, say anything about why he was considering
10  terminating the AHF contract?
11      A    Yes, I knew he was unhappy with the case -- the
12  load of case managers --
13      Q    Is that --
14      A    Not the load of case managers, but the caseload
15  that the case managers were carrying.
16      Q    And how do you know that?
17      A    He told me.
18      Q    And that's in the same conversation he told you
19  he was considering canceling the contract?
20      A    I would assume so.  I guess, probably, it was
21  in the same conversation, yes.
22      Q    In that conversation where Mr. Goodman was
23  discussing canceling the contract, did he -- was it
24  clear to you -- or did Mr. Goodman say that he intended
25  to cancel the entirety of the AHF contract or just the
```

Susan Marie Skinner CORRECTED
March 06, 2024

 1  case management portion of the contract, or did he make
 2  a distinction between the two?
 3      A    Oh, that, I'm not sure.
 4      Q    What did you say when Mr. Goodman told you he
 5  was considering canceling the AHF contract?
 6      A    Well, I don't really recall what I said, but,
 7  you know, I felt like that would then open -- you know,
 8  open a door for us to get a case manager.
 9      Q    At that time, did you ask him specifically to
10  -- if they would provide a case manager for you?
11      A    Yeah, I don't -- I don't -- I don't remember,
12  you know, that conversation, but I'm sure at some point
13  I did, yes.
14      Q    Okay.  And, again, I guess, as we sit here
15  right now, you don't recall if this conversation with
16  Mr. Goodman, where he mentioned the AHF contract, was
17  before or after your other conversations with
18  Mr. Goodman, where you were asking him for -- to include
19  case management in the CAN contract?
20           MR. HARRELL:  Object to the form.
21           THE WITNESS:  I'm sorry.  Say that again.
22  BY MR. HIAASEN:
23      Q    Do you recall whether this conversation with
24  Mr. Goodman, where he mentioned that he was considering
25  terminating the AHF contract, if that conversation

Susan Marie Skinner CORRECTED
March 06, 2024

| | |
|---|---|
| 1 | happened before or after the other conversation we |
| 2 | discussed, where you would ask him about allowing CAN to |
| 3 | provide case management? |
| 4 |     MR. HARRELL:  Object to the form. |
| 5 |     THE WITNESS:  Okay.  That's a little confusing, |
| 6 | and I still didn't follow.  So when I asked for case |
| 7 | management -- when I was -- when I knew that he was |
| 8 | potentially or definitely going to cancel their |
| 9 | contract, I definitely asked if we could get a case |
| 10 | manager because I knew then that funding would be |
| 11 | available. |
| 12 | BY MR. HIAASEN: |
| 13 |    Q   Okay.  And my question, which was inelegant, |
| 14 | was, that prior conversation that you had, that we |
| 15 | discussed, where I think you had said Mr. Goodman had |
| 16 | indicated that there wasn't funding available at the |
| 17 | time, was that conversation before or after you learned |
| 18 | from Mr. Goodman of his intents, or his potential |
| 19 | intents, to cancel the AHF contract? |
| 20 |    A   Okay, no, that would have been before. |
| 21 |    Q   And do you recall how long before -- |
| 22 |    A   No. |
| 23 |    Q   -- how much time between the conversations? |
| 24 |    A   No. |
| 25 |    Q   Okay.  I'm going to share my screen one more |