```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
                 TALLAHASSEE DIVISION

           CASE NO: 4:23-cv-00230-MW/MAF



AIDS HEALTHCARE FOUNDATION, INC.

Plaintiff,

vs.

OKALOOSA AIDS SUPPORT AND

INFORMATIONAL SERVICES, INC.,

a/k/a "OASIS",

Defendant.

_____/



         VIDEO RECORDED DEPOSITION (VIA ZOOM) OF

                       MAX WILSON

     Corporate Representative of CAN Community Health, Inc.

           DATE TAKEN:  February 15, 2024

                 TIME:  09:01 a.m. - 11:10 a.m.

                PLACE:  Remote Video Conference

             Stenographically Reported by:
                   Marie Junie Davis,
              Professional Shorthand Reporter
```

| | | |
|---|---|---|
| 1 | | Do you see that? |
| 2 | A | Yes, I do. |
| 3 | Q | What are -- what are these issues regarding |
| 4 | the dearth of Ryan White clients that CAN had in March |
| 5 | of 2023? |
| 6 | A | We had received very few, if any, referrals |
| 7 | from the Florida Department of Health for clients who |
| 8 | were newly diagnosed or lost care and needed medical |
| 9 | care. |
| 10 | Q | So when you said "needed medical care", so |
| 11 | these would be services under the ambulatory services |
| 12 | contract that was in place from 2022 through the end of |
| 13 | March of 2023, correct? |
| 14 | A | Correct. |
| 15 | Q | And when you said that CAN was receiving few |
| 16 | referrals, do you have an idea how many? |
| 17 | A | I know that it may have been zero, and that it |
| 18 | certainly was not more than single digits. |
| 19 | Q | Was that unusual compared to years past? |
| 20 | A | I think it -- yes.  I feel like in years past, |
| 21 | we probably would have had high double digits -- I'm |
| 22 | sorry, high single digits.  So yes, I feel that we had |
| 23 | seen a decline in referrals during this period. |
| 24 | Q | Did CAN have any -- what was CAN's belief as |
| 25 | to the reason why this number of referrals was lower |

```
 1            And I believe my question to you was:  In
 2   March of 2023, was it correct that CAN did not have what
 3   is described as a lab on-site or case management.  And I
 4   believe then your internet faltered there, so I'll
 5   repeat the question.
 6            At the time in March of 2023, was it accurate
 7   that CAN did not have a lab on-site or case management
 8   services?
 9        A   It was accurate that we did not have a lab
10   on-site.  We did not have our own case management
11   on-site either.  Although we were hoping to be able to
12   get labs on-site at some point in the near future, at
13   that time we were only able to draw blood and send it
14   out to Labcorp.
15        Q   And as we sit here today, is there -- does CAN
16   have an in-house lab at either of its locations in
17   Pensacola or Fort Walton Beach?
18        A   I'm not aware that we do.  I think -- I
19   believe we still send labs out.
20        Q   Okay.  Does -- now, CAN --
21            I believe you testified earlier that CAN is
22   providing case management services, am I correct, only
23   at the Pensacola location?
24        A   Yes, sir, that's correct.
25        Q   Does CAN have any mobile facilities or an
```

```
 1   ability to treat people offsite, or are services
 2   exclusively provided at its locations in Pensacola and
 3   Fort Walton Beach?
 4        A    We do not have a medical mobile unit dedicated
 5   to Area 1.  We do operate those elsewhere.  But we are
 6   able to provide tele-health services to anyone in the
 7   entire county region in Area 1.
 8        Q    Do you know how frequently CAN relies on
 9   tele-health to provide services as opposed to in-person
10   appointments with medical professionals?
11        A    I don't know how frequently we do that on a
12   regular basis.  I know during the pandemic, when we had
13   shutdowns, we relied on it heavily.
14        Q    But you don't know what the ratio is today or
15   in the last year?
16        A    No, sir, I don't.
17        Q    Now, I think earlier we talked about there was
18   some discussion in this email about CAN's concern
19   regarding what at the time was described as a dearth of
20   Ryan White clients.  Do you recall that?
21        A    I do.
22        Q    And I believe you testified that that is not
23   an issue anymore for CAN in Area 1?
24        A    I don't believe it is.
25        Q    Is it accurate that many of the current
```