Jeffery Gabbert
January 10, 2024

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF FLORIDA

 3                   TALLAHASSEE DIVISION

 4               CASE NO. 4:23-cv-00230-MW/MAF

 5
     AIDS HEALTHCARE FOUNDATION, INC.,
 6
              Plaintiff,
 7
     -vs-
 8
     OKALOOSA AIDS SUPPORT AND
 9   INFORMATIONAL SERVICES, INC.,
     a/k/a "OASIS".
10
              Defendant.
11

12   * * * * * * * * * * * * * * * * * *

13   VIDEOTAPED DEPOSITION OF JEFFERY GABBERT

14   DATE TAKEN: January 10, 2024

15   TIME: 11:15 - 3:30 p.m.

16   TAKEN BEFORE: RICK E. LEVY, RPR, FPR
                   AND NOTARY PUBLIC
17

18   * * * * * * * * * * * * * * * * * *

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | Q. | Yes. |
| 2 | A. | I don't recall doing so. |
| 3 | Q. | Why not? |
| 4 | A. | I wasn't asked to. |
| 5 | Q. | But in your role as Director of Case |

6  Management wouldn't you want these files to be cleaned

7  up?

8         A.    That's why we do monitoring.

9         Q.    Was there a monitoring subsequent to

10 April 19th with AHF?

11        A.    Not besides the one that I did at the AHF

12 location, no.

13        Q.    How about you talked about the monthly

14 eligibility reports that were prepared and sent to you

15 that you reviewed every month that came from AHF and

16 Ascencion; correct?

17        A.    Correct.

18        Q.    Do you recall whether or not AHF provided

19 one -- provided an eligibility report for the month of

20 April of 2023 to you?

21        A.    I'm sure they did.

22        Q.    Do you recall whether or not it included -- it

23 referenced any missing information or had everything

24 been corrected?

25        A.    Everything had been corrected.