jeffery.gabbert@oasisflorida.org

| | |
|---|---|
| **From:** | jeffery.gabbert@oasisflorida.org |
| **Sent:** | Tuesday, September 13, 2022 2:56 PM |
| **To:** | 'Dawn Averill'; 'Kurt Goodman'; 'Samuel Burgess'; 'Kelsey Giglioli'; 'Jesse Flores'; 'Moody, Maurice J' |
| **Cc:** | 'Iliana Martinez' |
| **Subject:** | RE: Ryan White Case Manager - Caseloads. |
| **Importance:** | High |

Hi Dawn,

Of course I am not familiar with discussions prior to my arrival as Director of Case Management for OASIS. I originated this appeal to Kurt based solely on best practices. It is a widely accepted best practice to "cap off" a case managers caseload before their efficacy and performance starts to suffer. Just as a nurses effectiveness quickly decreases as the nurse to client ratios increase, eventually becoming dangerous.

The NASW has issued a best practice for medical and behavioral case managers stating... *"The higher the number of cases assigned at any given time, then the larger the number of responsibilities and the greater the frequency of encounters the case managers must accomplish to perform their jobs adequately. As healthcare professionals, case managers must be enabled through their roles, functions, activities, and interventions to promote and attain optimal levels of client and caregiver advocacy, education, safety, and self-care ability"*.

After doing clinical case management for 40 + years and having had firsthand experience in working high caseloads. Considering the importance of RW case managers to the health and lifespan of the HIV+ population, I recommended 100 clients being the most we can safely care for and sought out policy from Kurt.

The issue at hand could not be furthest from the clients right to choose which is sacrosanct to the RW program. A client choosing their provider is very different than the providers responsibility to provide an excellent CM experience. From my point of view, the agency providing the service should be secondary to case management being able to adequately provide optimal levels of case management services.

I am passionate about protecting our clients and our case managers. In the end we all have the same purpose in AREA 1 as regards case management services. I feel strongly that these needs should outweigh agency affiliations in our Area policy and not having a cap on caseloads is dangerous.

Respectfully,
*Jeff Gabbert, BA-BSW/MHA*
Director, Ryan White Case Management
Oasis Florida

**From:** Dawn Averill <Dawn.Averill@ahf.org>
**Sent:** Tuesday, September 13, 2022 1:46 PM
**To:** Kurt Goodman <kurt.goodman@oasisflorida.org>
**Cc:** jeffery.gabbert@oasisflorida.org; Bocky Jett <bocky.jett@oasisflorida.org>; Kelsey Giglioli <Kelsey.Giglioli@ahf.org>; Jesse Flores <jesse.flores@ahf.org>
**Subject:** RE: Ryan White Case Manager - Caseloads.

1

OASIS_000100

Hi Kurt,

If you recall, this issue was addressed a couple of years ago. There is no Ryan White Guideline that sets a maximum case load for case management; only a minimum. While we respect this limit as a Lead Agency recommendation, it has never been AHF's policy or practice to limit caseloads. We strongly believe in patient choice and recognize the essential role that plays in both adherence and retention.

Thanks so much,
Dawn

Dawn Averill RN,BS
Regional Director
AIDS Healthcare Foundation
4300 Bayou Blvd #17C
Pensacola, FL 32504
Phone: 850.470.8071
Mobile: 850.341.3956
Extension 53002



**CONFIDENTIALITY NOTICE:** This e-mail transmission and any documents, files, or previous e-mail messages attached to it may contain legally privileged and confidential information. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are now notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply e-mail and destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Kurt Goodman <kurt.goodman@oasisflorida.org>
**Sent:** Monday, September 12, 2022 10:52 AM
**To:** Jeffery Gabbert <jeffery.gabbert@oasisflorida.org>; Iliana Martinez <iliana.martinez@oasisflorida.org>; Saul Zamora <saul.zamora@oasisflorida.org>; Daniella George <daniella.george@oasisflorida.org>; Gaynelle Woods <gaynelle.woods@oasisflorida.org>; Jenna Leasck <Jenna.leasck@oasisflorida.org>; Olga Stewart <ojstewart@ascension.org>; Michele Bradley <Michele.Bradley@ahf.org>; Samuel Burgess <Samuel.Burgess@ahf.org>; Banushufyan Pugh <Banushufyan.Pugh@ahf.org>; Dawn Averill <Dawn.Averill@ahf.org>; Mita.Palacios@ascension.org; Moody, Maurice J <maurice.moody@flhealth.gov>
**Subject:** Ryan White Case Manager - Caseloads.

Good morning everyone.

I'm sending this email as a reminder of the Ryan White Case Managers caseload policy.

Case Managers are to maintain a caseload of at least 60 clients and should not have more than 100 clients on their caseload.

2

If you have more than 100 clients on your caseload, you should not be accepting new clients. Those clients should be given to case manager with less than 100 (even if it's at a different agency)

We have 10 case managers here in Area 1. The caseloads should be distributed equitably to ensure no one case manager is carrying more than others.

This policy helps ensure clients are getting the attention they need from their case managers, and that no one case manager is overburdened.

If you currently have more than 100 clients on your caseload, you should not be accepting additional clients until such time all case managers are at 100.

Thank you!


Kurt Goodman
Executive Director
25 E. Wright St.
Pensacola, Fl. 32501
850-429-7551 EXT 305



Preventing the spread of HIV and caring for those living with HIV/AIDS

OASIS_000102