

1825 Hurlburt Rd. Suite 13, Ft. Walton Beach, FL 32547
25 E Wright St. Pensacola, FL 32501

October 26, 2022

AHF- AIDS Healthcare Foundation- Pensacola
Pensacola, FL

RE: 2022 Annual Program Monitoring- Eligibility and Case Management

Hello Sam and Jesse,

I want to thank you for your time on the 19th to complete your program monitoring visit. I have attached the information I am forwarding to the State which includes;

- Case Management File Review
- CAREWare Eligibility Review
- "Attachment A"

Overall your files looked very good. As we discussed, it was at times difficult to follow the required forms due to multiple repeated entries of documents which is captured in "Attachment A". I believe the high caseloads your CMs are handling is leading to them having to scan the required forms, sometimes over a period of weeks, as they work to complete files in the allowed time frame.

I have discussed caseloads in AREA-1 with Kurt, and although there is no high cap in RW guidelines, we both operate on best practice and feel that having CMs with over 100 clients is excessive and have communicated that. Overly high caseloads have been shown to lead to a decreased level of service, staff burn out, and clients falling out of care. I know there is no easy fix, but it is a concern and we are here to help.

Documented case management was appropriate and timely. AHF fortunately has effective internal processes that drive your CM interactions and services. Please remember, there are some forms, like the PCCR, that do not carry over the information you entered and must be printed and scanned in. Without the Case Manager and the Agency information the form is not valid.

Also, please encourage your CMs to utilize the Individualized Care Plan as a road map that should be updated with therapeutic goals, plans, barriers and outcomes. Developing care plans will be something we do some training on very soon.

Thanks again for the hospitality!

Jeffery Gabbert, BA-BSW, MHA
Director of Case Management

EXHIBIT 9 '8/24 Goodman

Okaloosa AIDS Support & Informational Services - Supporting Those Who are Affected by HIV/AIDS Since 1991