| | |
|---|---|
| **From:** | Moody, Maurice J |
| **To:** | Susan Skinner; Mady Scott; Hutley, Christina S; Repel, Cheryl D |
| **Subject:** | Meeting Synopsis - 3/16/23 |
| **Date:** | Friday, March 17, 2023 4:19:05 PM |

Good afternoon, everyone, Here's a synopsis of our conversation on yesterday, 3/16/23.

- Maurice will send to Mady information about Parent University and the Pensacola Happy Hour event.
- We mentioned CAN having hosted an AIDS Walk event in Sarasota-Manatee. Mady will arrange a meeting with CAN's Community Engagement person, Shannon Cobb, to discuss how we can put on such an event in our area. Maurice will also do some research.
- Mady and Susan shared their concerns of the dearth of Ryan White clients being referred to CAN and asked Christina what were some of the possible barriers causing this.
- Christina stated clients are wanting a one-stop shop experience. She added that with CAN not having a lab on-site nor case management, that this creates a less attractive option compared to AHF.
- Susan relayed that CAN has always had an in-house lab, and added that they will strongly consider having a case manager at their location at least once a week, either on Wednesday or Friday.
- Christina stated that the communication between DOH-Escambia and CAN has greatly improved, and she will personally introduce herself to the staff in the near future. Christina asked if CAN has a pharmacy on-site. Mady or Susan stated not at this moment but it is something that they will possibly be looking to establish in the future.
- Before leaving, Mady gave Maurice several of her business cards as well as Lydia Salvador's (Nurse Manager), and Savanna Cobb's (Patient Care Coordinator).

There was more that was discussed especially between Susan, Mady, and Cheryl. However, I cannot recall what was said. Please add any additional information and make any necessary corrections. Thank you.

Maurice J. Moody, BS, FCCM
HIV/AIDS Program Coordinator, Area 1
Florida Department of Health in Escambia County
Community and Clinical Health
1295 West Fairfield Drive, Pensacola, FL 32501
Office: 850-595-6500, ext. 1500
www.EscambiaHealth.com
Follow us on Twitter: @HealthyEscambia
"Prevention Is Preferable To Cure!"

**EXHIBIT 38**
Witness: M-WILSON
Date: 2-15-2024
Court Reporter: MJD

The Department's mission is to protect, promote, and improve the health of all people in Florida through integrated state, county, and community efforts.

NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your email communication may therefore be subject to public disclosure.