| | |
|---|---|
| From: | "Kelsey Giglioli" |
| Date: | April 18, 2023 10: 25:13 PM (GMT) |
| To: | "Kurt Goodman" |
| Cc: | "Bocky Jett"; "Jeffery Gabbert"; "Moody, Maurice J"; "Hill, Jennifer M"; "Dawn Averill"; "Shibu Sam " |
| Subject: | **RE: Subcontract Renewal** |
| Attachments: | Pensacola AHF 23-24 Subcontract FEX.pdf; AHF Holiday Calendar.pdf; Oasis Pensacola COI 2023.pdf; Pensacola Monthly CM Report Template.xlsx; |

Hello Kurt,

Please see the signed contract attached, as well as the AHF holiday calendar and current certificates of insurance. The delay was caused by the language added to the FY 2023 contract regarding maximum caseloads. As we have communicated before, it goes against AHF standards to turn away clients or cap services. This is poor customer service and impacts access to care. Therefore, our legal team needed more time to review the contract.

However, the contract states that case managers must maintain a maximum caseload of 100 clients per FTE. Each of our case managers are on the grant at a combined FTE of 72%. Based on the FTE and caseload of each of our case managers, we do not exceed the maximum amount of 100 clients per case manager at this time. Therefore, we do not risk being penalized financially based on the additional language in the contract. In the event we do exceed 100 clients per FTE, we will have to pay the financial penalty since we do not cap services.

The contract requires that we submit a Case Management Report each month with the invoice that includes the case manager, proportion of FTE for the case manager, and the number of clients assigned to each case manager. I created the attached template with these report requirements that we will submit each month. This will assist with keeping track of the caseload per FTE each month.

Please let me know the effective date we can start billing services for April so we can adjust our April invoice accordingly.

Kindly,



**Kelsey Giglioli, MPH**
*She/Her/Hers*
**AIDS Healthcare Foundation**
**Contracts Manager, Southern Bureau**
700 SE 3rd Ave, 3rd Floor
Ft. Lauderdale, FL 33316
Cell Phone: (561) 690-3152
Email: Kelsey.Giglioli@ahf.org

**From:** Kurt Goodman <kurt.goodman@oasisflorida.org>
**Sent:** Tuesday, April 18, 2023 3:54 PM
**To:** Kelsey Giglioli <Kelsey.Giglioli@ahf.org>
**Cc:** Bocky Jett <bocky.jett@oasisflorida.org>; Jeffery Gabbert <jeffery.gabbert@oasisflorida.org>; Moody, Maurice J <maurice.moody@flhealth.gov>; Hill, Jennifer M <Jennifer.Hill@flhealth.gov>
**Subject:** Re: Subcontract Renewal

Kelsey,

I've given AHF plenty of time to review the agreement. This is simply a renewal of the previous agreement, so I'm not sure what needs additional review. At this point, I'm advising you that OASIS will not reimburse AHF for any services provided until such time we have a signed agreement.

Kurt Goodman
Executive Director
25 E. Wright St.
Pensacola, Fl. 32501
850-429-7551 EXT 305



AHF_000700



Preventing the spread of HIV and caring for those living with HIV/AIDS

On Tue, Apr 18, 2023 at 1:53 PM Kelsey Giglioli <Kelsey.Giglioli@ahf.org> wrote:
Good Afternoon Kurt,

I wanted to give you an update on the contract. The contract has been returned to our legal team for further review. It will likely be the end of the week or early next week before I can get it back to you.

Apologies for the inconvenience.

Kindly,



**Kelsey Giglioli, MPH**
*She/Her/Hers*
**AIDS Healthcare Foundation**
**Contracts Manager, Southern Bureau**
700 SE 3rd Ave, 3rd Floor
Ft. Lauderdale, FL 33316
Cell Phone: (561) 690-3152
Email: Kelsey.Giglioli@ahf.org

**From:** Kelsey Giglioli
**Sent:** Friday, April 14, 2023 1:16 PM
**To:** Kurt Goodman <kurt.goodman@oasisflorida.org>
**Subject:** RE: Subcontract Renewal

Hi Kurt,

The contract is pending signature by our President. I should have the contract to you early next week.

Kindly,



**Kelsey Giglioli, MPH**
*She/Her/Hers*
**AIDS Healthcare Foundation**
**Contracts Manager, Southern Bureau**
700 SE 3rd Ave, 3rd Floor
Ft. Lauderdale, FL 33316
Cell Phone: (561) 690-3152
Email: Kelsey.Giglioli@ahf.org

**From:** Kurt Goodman <kurt.goodman@oasisflorida.org>
**Sent:** Wednesday, April 12, 2023 10:36 AM
**To:** Kelsey Giglioli <Kelsey.Giglioli@ahf.org>
**Subject:** Subcontract Renewal

Kelsey,
I'm checking in on the signed contract renewal.   It's been two weeks since I sent it to you,  I need to get it turned into the state as soon as possible.

Kurt Goodman
Executive Director
25 E. Wright St.
Pensacola, Fl. 32501
850-429-7551 EXT 305



Preventing the spread of HIV and caring for those living with HIV/AIDS

AHF_000702