**From:** Moody, Maurice J
**To:** Hill, Jennifer M
**Subject:** FW: Urgent IT Issues OASIS
**Date:** Friday, March 3, 2023 4:51:45 PM

FYI

Maurice J. Moody, BS, FCCM
HIV/AIDS Program Coordinator, Area 1
Florida Department of Health in Escambia County
Community and Clinical Health
1295 West Fairfield Drive, Pensacola, FL 32501
Office: 850-595-6500, ext. 1500
www.EscambiaHealth.com
Follow us on Twitter: @HealthyEscambia
"Prevention Is Preferable To Cure!"

The Department's mission is to protect, promote, and improve the health of all people in Florida through integrated state, county, and community efforts.

NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your email communication may therefore be subject to public disclosure.

**From:** King, Jeffrey W <Jeffrey.King@flhealth.gov>
**Sent:** Friday, March 3, 2023 10:31 AM
**To:** Jeffery Gabbert <jeffery.gabbert@oasisflorida.org>; Moody, Maurice J <Maurice.Moody@flhealth.gov>; bocky.jett <bocky.jett@oasisflorida.org>; Kurt Goodman <kurt.goodman@oasisflorida.org>
**Cc:** Cuyler, Tammy R <Tammy.Cuyler2@flhealth.gov>; Walker, Jasmine <Jasmine.Walker@flhealth.gov>
**Subject:** FW: Urgent IT Issues OASIS

Good morning,
Please see Ms. Walker's answer, and Tammy has offered to have a call to further understand the problems in case they are broader than this.
I am stepping back now and leaving this to the experts

Best regards,
Jeff.

**From:** Walker, Jasmine <Jasmine.Walker@flhealth.gov>
**Sent:** Friday, March 3, 2023 10:50 AM
**To:** King, Jeffrey W <Jeffrey.King@flhealth.gov>; Cuyler, Tammy R <Tammy.Cuyler2@flhealth.gov>
**Subject:** RE: Urgent IT Issues OASIS


EXHIBIT 15 4/8/24 Goodman

FDOH_00006879

**Importance:** High

Forwarding, since you all are mentioned but not copied.

Is the problem diagnosed? Will the solution be ready for RSR submission date on March 6th?
Will it be ready for

Best regards,
Jeff.

**From:** Jeffery Gabbert <jeffery.gabbert@oasisflorida.org>
**Sent:** Thursday, March 2, 2023 4:46 PM
**To:** King, Jeffrey W <Jeffrey.King@flhealth.gov>; Moody, Maurice J <Maurice.Moody@flhealth.gov>
**Cc:** Bocky Jett <bocky.jett@oasisflorida.org>; Kurt Goodman <kurt.goodman@oasisflorida.org>
**Subject:** Urgent IT Issues

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Jeff and Maurice,

I hope this finds you both well. I am hoping that you are already aware of the issues we are experiencing in AREA-1 with access to both CAREWare and the RW Portal. We have been assured that our situation was as urgent for both Jasmine and Tammy as it is for us, but we wanted to make sure it is.

The situation truly began with the loss of large blocks of data from our CAREWare Client data, some of which you had observed during our monitoring visit. I have spoken to a "team" of tech people who are working on that issue as well. Following that were issues with login to the Enterprise Report Portal, I have been assured there are techs working on it, but to date I still have no access. With our RSR due right now, we are very concerned with the very real possibility we are reporting data to HRSA that we all know could be inaccurate.

We are now being plagued by the loss of user sign-in information from both CAREWare and the FL RW Portal. It seems like the issue is growing, and it looks to be widespread in AREA-1, now involving our subcontractors at AHF and Ascension Sacred Heart. Having client needs that need to be met without the ability to use CAREWare and/or the RW Portal is an urgent matter for AREA-1.

Again, we understand there are people working on all these issues and I would be delighted to hear that all is well before you even read this! We also wanted to do our due diligence as the Lead Agency in making sure everyone was notified that needed to be.

We will keep you updated on the fixes we are all hoping for.

Respectfully,
**Jeff Gabbert**, BA-BSW/MHA
Director, Ryan White Case Management
Oasis Florida
1825 Hurlburt Rd. Suite 13
Ft. Walton Beach, FL 32547
and, 25 Wright St
Pensacola, FL 32501
850.314.0950 Ext 107

*850.598.2624 Cell*
*jeffery.gabbert@oasisflorida.org*

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by e-mail, and then delete this message.