From:       Russell Walker
Date:       April 26, 2023 1:27:24 PM (-04)
To:         Kurt Goodman
Subject:    **RE: AHF OASIS Follow Up**

Attachments:

Hey Kurt,

Thank you for the follow up and glad I put it in writing so we can clear up any continuing confusions.

I know you had said you weren't taking any further action as we were in the process of hiring the position (it was a Part time, however we are self-funding to full time), We are not actively adding to the caseload, however I was very clear that AHF will never turn any patient away, and yes we are aiming to stay under the caseload, but we cannot hold patients choice to that while we are in the process, so it is an interim issue, and not something we are actively pursuing. However we will follow the rules and penalties set forth in the contract to ensure we are being treated fairly within that and you are doing your monitoring role as lead agency.

I do understand the area policy and I can check with the Consortia for these changes, but we are not actively pursuing clients. I will reach out to the Consortia Chair so I can get copies of the minutes and make sure they are able to get in touch with me to clarify any concerns that they may have.

Regarding the audit findings, I cannot comment on them, until you provide me with the finalized audit which you said you were currently working on. So please don't throw that into this mix as a reason when I cannot comment on the unknown and finding more from the staff. I believe our state audits were perfectly fine with no findings, so please don't tell me to clean up something that I do not know has a mess. But you have my word once we have the information and investigated it, we will make sure we are continuing to provide the top class services we do throughout the country.

I know you are not being difficult and enforcing the guidelines, which I have said I completely understand and said to follow the penalties in the contract of us paying the $100 per client over the caseload number. We are following the guidelines per the contract and will definitely continue to be a provider of RW Part B services in area 1

Regards
Russell Walker
Deputy Bureau Chief
He/Him/His
Southern Bureau
AIDS Healthcare Foundation
Direct: 954 318 4346
Extension: 53202
Main Office: 954 522 3132
Cell: 407 394 8741

700 SE 3rd Avenue, 4th Floor,
Fort Lauderdale, FL
33316
www.aidshealth.org


EXHIBIT
17  4/8/24
Goodman

AHF_000826



From: Kurt Goodman <kurt.goodman@oasisflorida.org>
Sent: Wednesday, April 26, 2023 10:29 AM
To: Russell Walker <Russell.Walker@ahf.org>
Subject: Re: AHF OASIS Follow Up

Russell,

After reading your email, I'm not sure we were hearing each other yesterday. I agreed not to take any further action to allow you time to hire a part-time person as long as you were not continuing to add to the caseload in the meantime and that you'd agree to follow Area 1 guidelines moving forward. I did not agree to allow you to continue to build caseloads over a hundred and simply apply financial consequences.

My position has not changed on the 100 client cap on a case manager's caseload. That is and will remain the policy in Area 1. Area 1 policies have all been discussed and supported by the consortia without objection. The caseload policy is in place to help ensure a manageable workload for case managers and to ensure that clients get the attention they deserve from their case manager. I've even provided examples of AHF case management issues that validate the policy and as our audit continues we are finding a significant amount of additional issues. Currently clients have experienced delays in having a service approved because we cannot locate appropriate paperwork and have to chase it down, missing acuity and care plans are a major problem, missing eligibility paperwork, etc. AHF needs to clean up their case management program and take care of the clients already in case management at AHF before worrying about enrolling more clients.

As I stated, I'm not trying to be difficult. I'm simply enforcing the established Area 1 guidelines in accordance with our role as Lead Agency. Every other provider of services in Area 1 follow the established guidelines and AHF will too if you wish to continue as a provider of Ryan White Part B services. I sincerely hope that no further action will be required and that AHF will remain a Part B provider in Area 1. However, I have a contingency plan in place if I'm forced to make a change.

I need written confirmation that AHF is going to operate within the established Area 1 guidelines.


Kurt Goodman
Executive Director
25 E. Wright St.
Pensacola, Fl. 32501
850-429-7551 EXT 305




|_____|
Preventing the spread of HIV and caring for those living with HIV/AIDS


On Tue, Apr 25, 2023 at 3:28 PM Russell Walker <Russell.Walker@ahf.org> wrote:
Hey All,

I had the pleasure to speak with Kurt this afternoon and inform him of our plans to ensure we are playing the contract we have signed.

We understand the max caseload limit that has been installed, and we have funded the additional 0.5 PT to ensure we can up our grant funded PT position to a fulltime position which should make it

AHF_000827

easier to hire. In the interim we are in agreement of the penalty of $100 per client over the caseload of 100 per CM, we will pay this and we do not hold Kurt personally responsible for upholding the rules of the contract. So we will pay this penalty until we get the position hired and case load spread across the team to ensure we fall below the limit.

I did also reiterate that as our life goal at AHF to never turn a patient away, we will continue to follow our mantra and never turn anyone away, regardless if we go over the 100 caseload we are paying the penalty to ensure that the patient choice is respected and we do what we can to remove barriers from their care.

Kurt did report that there has been some concerns over missing paperwork or not having everything uploaded for the current case load, and I said I hadn't heard these concerns, but gave him our word that once he can provide this data we will get to work on cleaning it up and ensuring that this is not a continuing problem.

If anyone has any questions, please do not hesitate to reach out.


Regards
Russell Walker
Deputy Bureau Chief
He/Him/His
Southern Bureau
AIDS Healthcare Foundation
Direct: 954 318 4346
Extension: 53202
Main Office: 954 522 3132
Cell: 407 394 8741

700 SE 3rd Avenue, 4th Floor,
Fort Lauderdale, FL
33316
https://link.edgepilot.com/s/a78eeb40/bEezl0RqgE2InDx53x7uZw?u=http://www.aidshealth.org/

