

**To:** Kurt Goodman

Mon, May 1 at 10:28 AM

> Got your voice-mail. Looks like I'm moving to terminate ahf's contract. I'm still gathering and putting my ducks in a row. Lots of moving parts. I'll be in contact to bring CAN up to speed as soon as I can.

> Awesome. I will be awaiting your call. Max spoke to Rishi. Positive feedback on our end. Consider funding us for a MCM. Thanks Kurt!

Sun, May 21 at 8:40 PM

> Hey Kurt, just want to let you know, Dr Barnett reached out to Ashton with an email just in case you hear from him.

Subpoena to CAN - Req No. 2, 3, 4 - 080



EXHIBIT 41
Witness: Susan Skinner
Date: 3/6/24
Court Reporter: Stephanie Walters