**To:** Max Wilson

> Thank you. I know that will be a difficult decision for him, and I think we will support him regardless of what he decides. I really think he needs to have a case manager at the palafox location, no matter who that person works for.

**Definitely!**

*Mon, May 1 at 6:11PM*

**It's happening!!**

> I know. I talked to him earlier today and told him to be strong.

**Can you talk?**

Subpoena to CAN - Req No. 4 - 082

**EXHIBIT 43**
Witness: Susan Skinner
Date: 3/6/24
Court Reporter: Stephanie Walters