Plaintiff's Exhibit 34
Witness: Jeffery Gabbert
Date: 1/10/24
Court Reporter: Rick Levy, RPR, FPR

Kurt Goodman <kurt.goodman@oasisflorida.org>

**Client Transfer Process- Accross The Rubicon**
3 messages

jeffery.gabbert@oasisflorida.org <jeffery.gabbert@oasisflorida.org>
To: bocky.jett@oasisflorida.org, Kurt Goodman <kurt.goodman@oasisflorida.org>

Thu, May 11, 2023 at 11:05 AM

I wanted to get this out to you before the meeting today. I only have a 50 min free Zoom account, and I know there will be lots of questions. There is a narrative behind this, but I thought maybe if you had some time to look at the "plan" so far you might have some comments and information to share!



Respectfully,

**Jeffery Gabbert, BA-BSW,MHA**

*Director, Case Management*

*OASIS Florida*

*1925 Hurlburt Rd. Suite 13*

*Ft. Walton Beach, FL 32547*

*(850)314-0950 Ext. 107*