| | |
|---|---|
| **From:** | Moody, Maurice J |
| **To:** | Hill, Jennifer M; Shoulders, Barbara A |
| **Subject:** | RE: OASIS-AHF |
| **Date:** | Monday, May 1, 2023 3:35:48 PM |
| **Attachments:** | image001.png |

I just spoke to Kurt. He has already made arrangements with CAN for them to begin providing ambulatory services. He will also hire two more case managers and promote another person as a case manager. This will keep their total to ten case managers. And apparently the language of the contract gives them the right to terminate, after giving a 30-day notice. He again stressed that the relationship between the two agencies is pretty much unsalvageable. He stated that in their monitoring of AHF, they found quite a few violations that AHF has not begun to correct, the chief of which is documentation not being placed in CAREWare. Kurt attributes this to case managers not having the time to document because they are swamped with their caseload. He added that many have not been given an acuity rating.

Maurice J. Moody, BS, FCCM
HIV/AIDS Program Coordinator, Area 1
Florida Department of Health in Escambia County
Community and Clinical Health
1295 West Fairfield Drive, Pensacola, FL 32501
Office: 850-595-6500, ext. 1500
www.EscambiaHealth.com
Follow us on Twitter: @HealthyEscambia
"Prevention Is Preferable To Cure!"

The Department's mission is to protect, promote, and improve the health of all people in Florida through integrated state, county, and community efforts.

NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your email communication may therefore be subject to public disclosure.

**From:** Hill, Jennifer M <Jennifer.Hill@flhealth.gov>
**Sent:** Monday, May 1, 2023 2:18 PM
**To:** Shoulders, Barbara A <Barbara.Shoulders@flhealth.gov>; Moody, Maurice J <Maurice.Moody@flhealth.gov>
**Subject:** RE: OASIS-AHF

I am assume either AHF will have to come up with the funding to pay their Case Managers, or the clients will have to relocate to another Case Manager. OASIS can in turn use that money for case workers AT OASIS or they may add more at CAN… I am also not POSISTIVE on this. I just know AHF receives funding from OASIS for the Case Managers.

*Jennifer M. Hill, FCCM*
Human Services Program Consultant I
Area I HIV/AIDS/ADAP
Florida Department of Health in Escambia County



FDOH_00005557

1295 W Fairfield Dr Pensacola, Fl 32501
Office: 850-595-6500, ext 1505
Fax: 850-595-6691
PrEP Connect: 850-595-6345
www.EscambiaHealth.com
Follow us on Twitter: @HealthyEscambia



DOH Mission: To protect, promote & improve the health of all people in Florida through integrated state, county, & community efforts.

**Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your email communication may therefore be subject to public disclosure.**

**From:** Shoulders, Barbara A <Barbara.Shoulders@flhealth.gov>
**Sent:** Monday, May 1, 2023 2:15 PM
**To:** Hill, Jennifer M <Jennifer.Hill@flhealth.gov>; Moody, Maurice J <Maurice.Moody@flhealth.gov>
**Subject:** RE: OASIS-AHF

What will that look like for client's services ?

**From:** Hill, Jennifer M <Jennifer.Hill@flhealth.gov>
**Sent:** Monday, May 1, 2023 1:50 PM
**To:** Moody, Maurice J <Maurice.Moody@flhealth.gov>
**Cc:** Shoulders, Barbara A <Barbara.Shoulders@flhealth.gov>
**Subject:** OASIS-AHF

Just wanted to give you all a heads up! Kurt from OASIS called earlier. He said they are at a complete impasse with AHF and they would be sending out a letter today terminating their contract with them. I will keep you in the know!

Thank you!

### *Jennifer M. Hill, FCCM*
Human Services Program Consultant I
Area I HIV/AIDS/ADAP
Florida Department of Health in Escambia County
1295 W Fairfield Dr Pensacola, Fl 32501
Office: 850-595-6500, ext 1505

FDOH_00005558

Fax: 850-595-6691
PrEP Connect: 850-595-6345
www.EscambiaHealth.com
Follow us on Twitter: @HealthyEscambia



DOH Mission: To protect, promote & improve the health of all people in Florida through integrated state, county, & community efforts.

Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your email communication may therefore be subject to public disclosure.

FDOH_00005559