| | |
|---|---|
| **From:** | Moody, Maurice J |
| **To:** | King, Jeffrey W; Hill, Jennifer M |
| **Cc:** | LLaque, Jimmy |
| **Subject:** | RE: OASIS-AHF |
| **Date:** | Tuesday, May 2, 2023 2:07:36 PM |
| **Attachments:** | image001.png |

I just spoke with Kurt. He is willing to rescind the termination notice if AHF is amenable to abiding by the terms and conditions of the contract. Jennifer and I just responded to Linda's email to meet in hopes of working this out. Will keep you posted.

Maurice J. Moody, BS, FCCM
HIV/AIDS Program Coordinator, Area 1
Florida Department of Health in Escambia County
Community and Clinical Health
1295 West Fairfield Drive, Pensacola, FL 32501
Office: 850-595-6500, ext. 1500
www.EscambiaHealth.com
Follow us on Twitter: @HealthyEscambia
"Prevention Is Preferable To Cure!"

The Department's mission is to protect, promote, and improve the health of all people in Florida through integrated state, county, and community efforts.

NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your email communication may therefore be subject to public disclosure.

**From:** King, Jeffrey W <Jeffrey.King@flhealth.gov>
**Sent:** Tuesday, May 2, 2023 12:58 PM
**To:** Hill, Jennifer M <Jennifer.Hill@flhealth.gov>
**Cc:** Moody, Maurice J <Maurice.Moody@flhealth.gov>; LLaque, Jimmy <Jimmy.LLaque@flhealth.gov>
**Subject:** RE: OASIS-AHF

Hi Jennifer,
Yes it is more than OK. Please coordinate an email to Kurt from you and Maurice, today if possible, asking OASIS to identify the services that AHS will no longer provide for RW-B clients, and how OASIS will provide the services, and the (new) providers.
In other words, the plan, and how they will communicate it to clients.
Thanks!

Best regards,
Jeff.

**From:** Hill, Jennifer M <Jennifer.Hill@flhealth.gov>
**Sent:** Tuesday, May 2, 2023 1:53 PM


EXHIBIT 19  1/8/24  Goodman

**To:** King, Jeffrey W <Jeffrey.King@flhealth.gov>
**Subject:** OASIS-AHF

Good afternoon Jeff,

Just for my knowledge… Is it ok to request in an email Kurt's plan for now? I know he spoke with Maurice but I was waiting for it written down in an email so we can lay eyes on it and have it on record.

Thank you,

*Jennifer M. Hill, FCCM*
Human Services Program Consultant I
Area I HIV/AIDS/ADAP
Florida Department of Health in Escambia County
1295 W Fairfield Dr Pensacola, Fl 32501
Office: 850-595-6500, ext 1505
Fax: 850-595-6691
PrEP Connect: 850-595-6345
www.EscambiaHealth.com
Follow us on Twitter: @HealthyEscambia



DOH Mission: To protect, promote & improve the health of all people in Florida through integrated state, county, & community efforts.

Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your email communication may therefore be subject to public disclosure.