| | |
|---|---|
| From: | Hill, Jennifer M |
| To: | Kurt Goodman; Dawn Averill |
| Cc: | Moody, Maurice J; Bell, Ashley L; Shoulders, Barbara A; King, Jeffrey W; bocky.jett; Jeffery Gabbert |
| Subject: | OASIS-AHF Contract |
| Date: | Monday, May 8, 2023 12:25:35 PM |
| Attachments: | image001.png |

Good morning,

I would like to reach out to you Kurt and Dawn to figure out a time and day this week we can set up a meeting to discuss what each of your concerns are and what your requirements are Kurt to keep the subcontract intact.
Dawn, Kurt has sent to us some things in writing he is asking of AHF to adhere to in order not to terminate this contract. Those can be shared in this meeting.
Kurt, Dawn has some concerns she has also expressed that can be shared during this meeting.
I suggest all of these items be discussed and put into writing and a timeline given to have these actions in play.
I can schedule this meeting and Maurice and myself will also attend to ensure that all of these things are discussed.
As we all know our client's care is the MOST important factor through all of this and we do not want anyone to go without care! Coming to an agreement quicky would be most helpful at this time.
Please let me know what day this week works best for everyone and we can conduct this meeting through TEAMS.

Thank you!!

### *Jennifer M. Hill, FCCM*

Human Services Program Consultant I
Area I HIV/AIDS/ADAP
Florida Department of Health in Escambia County
1295 W Fairfield Dr Pensacola, Fl 32501
Office: 850-595-6500, ext 1505
Fax: 850-595-6691
PrEP Connect: 850-595-6345
www.EscambiaHealth.com
Follow us on Twitter: @HealthyEscambia



DOH Mission: To protect, promote & improve the health of all people in Florida through integrated state, county, & community efforts.

**Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your email communication may therefore be subject to public disclosure.**

