| | |
|---|---|
| **From:** | Kurt Goodman |
| **To:** | Max Wilson; Susan Skinner; Jeffery Gabbert; Bocky Jett; Heather Vaughan |
| **Subject:** | Lets all take a step back. |
| **Date:** | Wednesday, July 19, 2023 4:43:07 PM |

**CAUTION: External Email.**

Good afternoon,

I want to take a couple of minutes to address the issues we seem to be experiencing.

First, I think everyone needs to take a deep breath and a step back. For some reason, we seem to be having communication and/or lack of communication issues. It would be unfair to say that one party holds more responsibility than the other for this. Let's just drop this, it's not us, it's you mentality. The reality is that it's us collectively.

Second, we all need to keep in mind that the chaos that AHF is creating among the clients currently is something that none of us can control at the moment, but we must find a way to work around. I recognize the position that puts case management in. If clients aren't cooperative, it's difficult to provide services.

Third, change is never the easiest thing. Both OASIS and CAN are navigating significant changes, so of course there are going to be issues. The reality is that we're probably a bit stressed by it all, I know I am.

Fourth, we cannot fail. If we fail to make this work, none of us will be here in Area 1 for long. We are under a microscope. The local and state DOH is on pins and needles. The AHF lawsuit against OASIS is causing a lot of additional eyes to be on our relationship (including the court itself!) I spent a significant amount of time on the stand last week defending CAN's services and ability to take this on. So, everyone is watching. I'd hate to see this come apart simply because a bunch of adults can't get out of their own way and communicate effectively with each other.

To address case management, everyone needs to recognize that documentation is critical. If it's not documented and documented in the correct platform, it wasn't done. OASIS verifies that services were completed by running CAREWare reports. If services and client contacts aren't entered into CAREWare we have no way to verify case management activity. When



Subpoena to CAN – Req Nos. 2, 3, 4 – 055

we ran our reports over June and July there are only 7 clients documented with any contact. This is why CAN was told not to bill for case management services, as it looks like no case management work was done. Now, Susan has said she's "happy to share the master list with documented attempts and outcomes." This tells me that work was done! Unfortunately, the master list is not what we need for billing purposes. The contacts on this master list should be documented in CAREWare. If they were, we would be able to verify your case management activities. Contacting clients, even attempted contacts, are case management activities. Documented case management activities get you paid. So, Susan please see to it that this information is documented and send us the master so we can get you paid. Again, the AHF induced chaos isn't helping with getting clients to be cooperative. We just need to stay after it, keep in communication with these clients even if we're told to take a leap, and document, document, document in CAREWare! I want to get CAN paid! Prime example of ineffective communication on both our parts.

Susan and Max both have brought up the issue of the expense of bringing people up to train Jennifer and Nick. One thing I'm very certain about is that OASIS has offered on more than one occasion to provide training to your case managers. I know for a fact that both Jeffery and Saul, our trainer, have offered their services (that's their job!). CAN declined those offers. I have personally told you that if at any point you're not getting something you need to please reach out to me personally and that I would ensure that your needs are met. OASIS has always been told that CAN will be sending their own case management staff to train them. Additionally, I know for a fact that Jeffery has provided training on each of the service line items and guidelines around each to Heather and Susan. To date, no one has ever reached out to me from CAN to ask for assistance with training the case managers. The offer still stands. OASIS is more than happy to provide CAN with any training. We want you to be successful!

In fact, I'm going to insist that CAN allow Jeffery and/or Saul to spend time with Nick and Jennifer and train them just as we would any new case manager in Area 1. I believe that we can have all of these issues resolved pretty quickly. Would someone please communicate with Jeffery and set up some dates and times to work with Nick and Jennifer.

To address the TB issue I'd have to say it's yet another example of ineffective communication. Full disclosure, I have a significant issue with how this was handled within OASIS itself. Our staff failed to communicate properly among themselves and that's being addressed. I don't have knowledge of CAN's policy with regard to TB or communicating with their partners on possible exposure. Fortunately, this issue doesn't come up a lot. Lets figure out how we will address this if/when it happens again. It sounds like there's a client treatment/screening funding issue that we all need to sit and look at to make sure that this client is going to get his X Ray. Again, I'll have to educate myself better on what Ryan White can/can't do with regard to this.

Max, you asked if there was any way to turn down the heat. Yes. EVERYONE needs to do

a reset and focus back on what's important.   Taking care of our clients.   Lets keep hurt feelings and personalities in check and just focus on the job at hand.   Also, let's all remember that tone, feeling, etc. is often difficult to understand through an email but we should all be more conscious of our wording and try to keep it pleasant.  The hard and/or hurt feelings and tit for tat on both sides are not necessary.  NONE OF THIS IS PERSONAL.  There will be no change in personnel.  We're adults, let's be adults.

Please, please, please reach out to me with whatever your needs are.   I'll do my very best to address them.  I'm so excited to watch CAN grow in Area 1.   I really believe we will get to where we need to be!

I know we have some scheduling conflicts, but as soon as we can let's find a date where we can all meet.

I'll leave it at this: If we fail, we (all) cease to exist in Area 1.

Kurt Goodman
Executive Director
25 E. Wright St.
Pensacola, Fl. 32501
850-429-7551 EXT 305

Preventing the spread of HIV and caring for those living with HIV/AIDS