UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO: 4:23-cv-00230-MW-MAF

AIDS HEALTHCARE FOUNDATION, INC.,

    *Plaintiff,*

vs.

OKALOOSA AIDS SUPPORT AND INFORMATIONAL SERVICES, INC., a/k/a "OASIS," and the FLORIDA DEPARTMENT OF HEALTH,

    *Defendants.*

## DECLARATION OF DAWN AVERILL IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, Dawn Averill, declare under penalty of perjury that the foregoing is true and correct.

1. I am over the age of eighteen, of sound mind, and otherwise competent to make this declaration based on my personal knowledge of the statements made herein, all of which I know or believe to be true.

2. I make this declaration in my capacity as Regional Director of AIDS Healthcare Foundation, Inc. ("AHF") for the Southern Region.

3. In April 2023, OASIS's executive director, Kurt Goodman, threatened to terminate OASIS's contract with AHF based on allegations that AHF's caseloads exceeded the maximum caseload cap of 100 clients per case manager contained in the contract that took effect that month.

At the time, AHF had three full-time case managers on staff funded through the Ryan White program.

4. In response, AHF proposed that it would hire an additional case manager at its own expense to provide case-management services to AHF clients and reduce the caseload per case manager and thereby satisfy the caseload cap contained in the contract with OASIS.

5. Mr. Goodman agreed to this proposal, and represented to AHF that he would not take action to terminate the contract and would provide AHF with sufficient time to hire an additional case manager.

6. AHF then committed to transition an employee, Trey McClendon, to a split position between HOPWA and Ryan White Case Management position as a case manager in reliance on Mr. Goodman's representations.

7. However, after agreeing not to take any action to terminate the agreement with AHF, Mr. Goodman reversed his position and notified AHF that OASIS was terminating the agreement effective June 1.

8. In an effort to comply with the contract with OASIS, AHF engaged Mr. McClendon to work as a case manager May 30, 2023.

9. Having committed to Mr. McClendon to retain him as a full-time employee based on the representations of OASIS and Mr. Goodman, AHF continues to employ Mr. McClendon as a full-time employee to this date.

10. The AHF case managers who were originally funded through the Ryan White program pursuant to the contract with OASIS remain employed with AHF.

Pursuant to 28 U.S.C. § 1746, I hereby declare, certify, verify, and state under penalty of perjury that the foregoing document and the facts stated in it are true and correct.

_____  
Signature

_____  
Date: May 3, 2024

Dawn Averill  
Regional Director  
AIDS Healthcare Foundation