# EXHIBIT A

## Defendant's Motion for Entitlement to Attorney's Fees

## Daniel Harrell

| | |
|---|---|
| **From:** | Julie A. Knudsen |
| **Sent:** | Tuesday, November 7, 2023 3:09 PM |
| **To:** | 'kcoffey@coffeyburlington.com'; 'Scott A. Hiaasen'; 'lperez@coffeyburlington.com'; 'jcrockett@coffeyburlington.com'; 'service@coffeyburlington.com'; 'smolina@coffeyburlington.com'; 'bdiaz@coffeyburlington.com' |
| **Cc:** | Douglas Alan Bates; Daniel Harrell; Bailey Howard |
| **Subject:** | SERVICE OF COURT DOCUMENT (Case No. 4:23-cv-230-MW/MAF) |
| **Attachments:** | Proposal for Settlement (A5157279xA3759).PDF |

## \*\*\*SERVED – NOT FILED WITH THE COURT\*\*\*

| | |
|---|---|
| Court Identity: | United States District Court, Northern District of Florida, Tallahassee Division |
| Case No. | 4:23-cv-230-MW/MAF |
| Parties: | AIDS Healthcare Foundation, Inc. v. Okaloosa AIDS Support and Informational Services, Inc. |
| Document being served: | Defendant, Okaloosa AIDS Support and Informational Services, Inc.'s Proposal for Settlement |
| Sender's name: | Daniel E. Harrell, Esq./Julie A. Knudsen, Assistant |
| Sender's Phone No. | (850) 434-9200 |

**Julie A. Knudsen | Legal Assistant**
jknudsen@clarkpartington.com | (850) 208-7065

**CLARK PARTINGTON**
Office: (850) 434-9200 | Fax: (850) 432-7340
125 East Intendencia Street, 4th Floor
Pensacola, Florida 32502
clarkpartington.com

 **CLARK PARTINGTON**
ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

AIDS HEALTHCARE
FOUNDATION, INC.,

    Plaintiff,

v.                                                  Case No. 4:23-cv-230-MW/MAF

OKALOOSA AIDS SUPPORT AND
INFORMATIONAL SERVICES, INC.,
a/k/a "OASIS," et al,

    Defendants.

**DEFENDANT OKALOOSA AIDS SUPPORT AND INFORMATIONAL**
**SERVICES, INC.'S PROPOSAL FOR SETTLEMENT**

Pursuant to section 768.79, Florida Statutes and Florida Rule of Civil Procedure 1.442, Defendant, OKALOOSA AIDS SUPPORT AND INFORMATIONAL SERVICES, INC., a/k/a "OASIS" hereby makes the following proposal for settlement to Plaintiff, AIDS HEALTHCARE FOUNDATION, INC ("AHF").

1.    OASIS is the party making this proposal, and AHF is the party to whom it is made.

2.    The total amount of this proposal is **$5,000.00** (FIVE THOUSAND AND NO/100 DOLLARS).

3.    The amount offered to settle a claim for punitive damages is **$1.00** (ONE AND NO/100 DOLLARS).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served

via electronic mail to the following on this 7th day of November, 2023:

Kendall Coffey, Esq.
Scott A. Hiaasen, Esq.
Sergio E. Molina, Esq.
Jeffrey B. Crockett, Esq.
Coffey Burlington, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
kcoffey@coffeyburlington.com
shiaasen@coffeyburlington.com
lperez@coffeyburlington.com
jcrockett@coffeyburlington.com
service@coffeyburlington.com
smolina@coffeyburlington.com
bdiaz@coffeyburlington.com
*Counsel for Plaintiff*

/s/ Daniel E. Harrell
**DANIEL E. HARRELL**